```
                                              FILED
                                        US DISTRICT COURT
                                        DISTRICT OF ALASKA
TIMOTHY M. BURGESS
United States Attorney
                                        2005 NOV 28  PM 4:04
DANIEL R. COOPER, JR.
Assistant United States Attorney
222 W. Seventh Ave. #9, Rm. 253
Anchorage, Alaska 99513
(907) 271-5071
daniel.cooper@usdoj.gov
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY AND BOROUGH OF JUNEAU, ALASKA, d/b/a BARTLETT REGIONAL HOSPITAL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION TEN, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES OF AMERICA, J. R. RUFF, sued in his official capacity as the ACTING REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, and KAREN S. O'CONNOR, sued in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>　　　　Defendants. | Case No. A04-0152 CV (JKS)<br><br>STIPULATION REGARDING SCHEDULING AS REQUESTED BY THE COURT |

　　　　The parties, through counsel, and in response to the court's

1

request at the Scheduling Hearing held November 28, 2005, stipulate and agree as follows:

1. Plaintiff shall file its Second Amended Complaint on or before December 13, 2005, which complaint will allege a cause of action under the Administrative Procedures Act, 5 U.S.C. § 701, et. seq.

2. The United States, on behalf of all named defendants, shall file its answer on or before December 28, 2005.

3. Plaintiff shall file its Request to Augment Record (Rule 16.3(b)(2), D.Ak.LR), if any, on or before December 28, 2005.

4. Plaintiff's Motion for Summary Judgment (Rule 16.3(c)(1), D.Ak.LR) shall be filed on or before January 27, 2006.

5. The United States shall file its Opposition to Motion for Summary Judgment and Cross Motion for Summary Judgment (Rule 16.3(c)(2), D.Ak.LR), on behalf of all named defendants on or before February 27, 2006.

6. Plaintiff shall file its Reply to the Opposition (Rule 16.3(c)(3), D.Ak.LR) on or before March 14, 2006.

Each party reserves all rights to file any other appropriate

//
//
//

motions.

    RESPECTFULLY SUBMITTED on November 28, 2005.

                        TIMOTHY M. BURGESS
                        United States Attorney

                        DANIEL R. COOPER, JR.
                        Assistant U.S. Attorney

                        CITY AND BOROUGH OF JUNEAU, ALASKA
                        dba BARTLETT REGIONAL HOSPITAL

**FILED**

DEC 0 1 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deput

                        STEPHEN D. ROSE
                        Preston, Gates & Ellis, LLP

It is so ORDERED
Dated: 12/1/05

United States District Judge

PD 12-1-05

A04-0152--CV (JKS)
-------------------------------------
S. ROSE
D. COOPER (USA)