FILED
DEC 21 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*City & Borough of Juneau v. Centers for Medicare & Medicaid Services, et al.*
Case No. A04-0152 CV (JKS)

By:  THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:  Dan Maus, Case Management: 677-6123*

PROCEEDINGS:  ORDER FROM CHAMBERS

On October 3, 2005, the Court entered an Order at Docket No. 27 dismissing the complaint without prejudice on the ground that Plaintiff lacked standing to pursue the claims in its complaint and had failed to state a claim. The Court granted a motion to amend. The Order is the law of the case unless and until modified based upon (1) an intervening change in the law, (2) an intervening change in the facts such as an amended complaint, or (3) a motion based upon controlling authority overlooked by the Court. No such motion has been made. Both parties have moved for "clarification." Docket Nos. 31; 34. The Court has reviewed the Order and is satisfied that it says what the Court wished to say. While the questions raised by the parties are interesting, a status conference at this time would not be useful. If the government believes that the amended complaint at Docket No. 39 is defective it should seek its dismissal. If the parties wish to modify any existing scheduling orders or establish a schedule for filing an administrative record or briefing an administrative appeal they should meet and confer and propose either joint or individual schedules for the Court's review.

**IT IS THEREFORE ORDERED:**

The motions for clarification at **Docket Nos. 31** and **34** are **DENIED**.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: December 20, 2005

*   ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

A04-0152--CV (JKS)  *m 12-21-05*

S. ROSE
D. COOPER (USA)

40