Honorable James K. Singleton, Jr.

Stephen D. Rose
Dawn R. Kreysar
Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
(206) 623-7580 (phone)
(206) 623-7022 (fax)
srose@prestongates.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY AND BOROUGH OF JUNEAU, ALASKA, d/b/a/ BARTLETT REGIONAL HOSPITAL,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES OF AMERICA, R.J. RUFF, sued in his official capacity as the REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, AND KAREN S. O'CONNOR, sued in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>　　　　　　　　Defendants. | No.  A04-0152 CV (JKS)<br><br>PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56 |

PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT- 1

K:\53742\00001\DRK\DRK_P200L

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

The City and Borough of Juneau, Alaska, d/b/a Bartlett Regional Hospital ("Bartlett Hospital"), Plaintiff, comes before this Court to request the entry of summary judgment pursuant to FED. R. CIV. P. 56 in favor of Plaintiff on the grounds specified in Plaintiff's Second Amended Complaint, as there is no genuine issue as to any material fact and Plaintiff is entitled to a judgment as a matter of law.  Plaintiff therefore respectfully requests that the Court:

(a) In accordance with 5 U.S.C. § 706(2), hold unlawful and set aside Defendants' retroactive approval of Page 5 of Attachment 4.19-B as part of SPA 01-002;

(b) Award Plaintiff its costs, attorneys' fees, and other litigation fees and expenses associated with this action:

(c) Grant such other and further relief as the Court may deem just and proper.

This Motion is supported by the attached Memorandum.

DATED this 27th day of January, 2006.

PRESTON GATES & ELLIS LLP

By: /s/ Stephen D. Rose
Stephen D. Rose, ABA #8901002
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone:   (206) 623-7580
Fax:       (206) 623-7022
Email:  srose@prestongates.com
Attorney for Plaintiff
Bartlett Regional Hospital

I hereby certify that on January 27, 2006, copies of the foregoing were served electronically on:

Daniel R. Cooper, Jr.
Asst. U.S. Attorney

daniel.cooper@usdoj.gov

/s/ Stephen D. Rose

PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT- 2

K:\53742\00001\DRK\DRK_P200L

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022