# Deposition of Janice Adams

# Exhibit 26

ATTACHMENT 1

# STATE OF ALASKA

DEPT. OF HEALTH AND SOCIAL SERVICES

DIVISION OF MEDICAL ASSISTANCE

TONY KNOWLES, GOVERNOR

P.O. BOX 110660
JUNEAU, AK 99811-0660
PHONE: (907) 465-3355 FAX: (907) 465-2204

APR 30 2001    April 23, 2001

Robert Reed, Chief
Medicaid Operations & Policy
Health Care Financing Administration
Region X
2201 Sixth Ave
Seattle, WA 98121-2500

Dear Mr. Reed:

Enclosed please find revised SPN # 01-001. We have incorporated several suggested changes and believe this better represents the changes we are attempting to make.

Attachment 4.19-B Page 1
Attachment 4.19-B Page 2
Attachment 4.19-B Page 5
Attachment 4.19-B Page 8

The information below responds to the specific concerns of Maria Garza, as to why DHSS wishes to pay a new dispensing fee of $5.73 to non-pharmacy dispensers of outpatient drugs.

### Alaska DHSS response: Dispensing Fee for Non-Pharmacy Dispensers

Access for Alaska's 83,000 Medicaid recipients to DHSS services is problematic at best. Medicaid recipients are spread over a geographic area equivalent to 1/3 of the rest of the United States. Less than 1% of Alaska's 586,412 square miles are connected by roads -- many of which are not in use year 'round.

Thousands of Medicaid recipients living off the road system may have access to a local health care provider, but are a plane ride away from a pharmacy. Some people wait 12 -48 hours for emergency pharmacy orders to be flown more than 500 miles by jet service and connecting, single engine mail-planes.

Twice each year during the period of time when rivers freeze up in the fall and break up in the spring, when neither the ground nor the water will support wheel, float, or ski landings, a hundred small towns have no air service at all for a few weeks.

Weather and climate also affect communities with access to pharmacies in nearby cities. Roads may be impassable by snow. Planes maybe prevented from resupplying pharmacies by fog, snow and winds. This affects major cities -- including the capitol, Juneau, which is accessible only by plane and ferry. It is not possible to drive directly from Anchorage to Juneau.

Alaska is over 99% rural and most of the population base is in Anchorage. The population of Alaska is 660,000; 260,000 live in Anchorage. The State has a population density of one person every 1.45 square miles.

ATTACHMENT 1

Date 8/25/05  Exhibit # 26
Case Bartlett Hospital vs OMS 10 et al
Deponent Janice Adams
Reporter SHERALYN R. MC CORMICK
Naegeli Reporting Corporation
(800) 528-3335  FAX (503) 227-7123

Alaska Medicaid
TN AK01-001 Questions
April 23, 2001

Alaska Medicaid is concerned about the access Medicaid recipients have to pharmacy services. Which is why Alaska needs additional consideration when it comes to dispensing fees for pharmacies and non-pharmacy dispensers. We have only 101 enrolled pharmacies in our state and 38 of those pharmacies are in the Anchorage area. This leaves 63, pharmacies spread over 580,000 square miles.

### Background:
Alaska has many communities that are not served by retail pharmacies. Statewide, there is a statewide shortage of pharmacists, so it is not likely that any new pharmacies will open. It is not a reasonable expectation for a pharmacist to start practicing in a community without sufficient need to support a new business.

The communities below have a small Alaska Native population and are not served by U.S. Public Health Service or Indian Health Clinics. These communities have a clinics staffed by physician, nurse practitioner physician's assistant or a health aide, and do not have pharmacies.

Tok (population of 1,235) is 200 miles southeast of Fairbanks, 250 miles east of Anchorage on the far side of the Alaska Range. Tok has a small native population (12.5%). There is no local hospital. The Tok Community Clinic is a qualified Emergency Care Center.

Delta Junction (population of 898) is approximately 95 miles southeast of Fairbanks. Alaska Natives represent 4.4% of the population. There is no local hospital. The Delta Junction Family Medical Center is a qualified Emergency Care Center.

Talkeetna (population of 363) is 120 miles north of Anchorage and is the staging ground for most teams climbing Mt. McKinley. Alaska Natives represent 1.6% of the population. There is no local hospital. The Sunshine Community Health Center is a qualified Emergency Care Center.

Whittier (population of 289) is located on the northeast side of the Kenai Peninsula, which is also on the west side of Prince William Sound, 75 miles southeast of Anchorage. Alaska Natives represent 12.3% of the population. There is no local hospital. The City of Whittier Medical Clinic is a qualified Emergency Care Center. Whittier is accessible by road only during the summer months.

Skagway (population of 880) is located 90 miles northeast of Juneau. It is accessible by road during the summer when it is a two day drive to Anchorage; or a 4 hour ferry trip once a week to Juneau in the winter. Alaska Natives represent 5.5% of the population. There is no local hospital. The Skagway Medical Clinic is a qualified Emergency Care Center

### History:
Prior to February 1997, DHSS paid dispensing physicians to provide prescription drugs at their full charge using the inclusive code 99070. In February 1997 the RVU payment methodology was implemented.

Using the RVU methodology required re-defining code 99070 as a non-covered code. At the same time physicians and other providers were required to enroll as dispensing providers under the pharmacy program. They were instructed to bill with National Drug Codes (NDC's) on a pharmacy claim form.

Utilizing non-pharmacy dispensers of drugs allowed DHSS to restrict non-pharmacy dispensing to those drugs covered under the pharmacy program and allowed reimbursement using the pharmacy payment methodology. Therefore, the non-pharmacy dispensers were reimbursed at the lower of the amount

2

ATTACHMENT 1

Alaska Medicaid
TN AK01-001 Questions
April 23, 2001

billed, the Pharmacy Program Estimated Acquisition Cost (EAC), Average Wholesale Price (AWP) -5%, or the Federal Upper Limit, rather than the former method of reimbursement at the full billed charge.

After February 1997, Alaska regulations would not allow payment of dispensing fees to non-pharmacy dispensers. Therefore these providers were reimbursed at the lower of **Billed, EAC (AWP-5%) or the Federal Upper Limit (FUL) without a dispensing fee.** This prompted physicians and other dispensers from rural areas to enroll as dispensing providers. However, the newly enrolled dispensing providers were disappointed when the reimbursement amount did not even cover the provider's cost for the drugs. Over the next three years DMA received many complaints that these providers could not continue to supply pharmaceuticals if they could not meet the net cost of the drugs.

Dispensing providers explained they could not purchase drugs at the same rates as pharmacies because they did not purchase in large enough volume to obtain the same discounts. They had to pay near full wholesale price (AWP) for drugs.

In order to maintain local access for Alaska's Medicaid recipients in need of prescription drugs, it was necessary to devise a new methodology. DHSS considered paying a dispensing fee with a plan similar to one in Arkansas. However, the court refused to allow Arkansas to continue to use the payment methodology with different EAC's for different providers.

In February, 2000 a cost analysis of outpatient prescription drugs from two dispensing providers was completed. The drug cost was found to be greater than the DHSS EAC and the FUL. Paying the lower of billed charges, EAC, or FUL without a dispensing fee did not allow the provider to cover the net cost of outpatient drugs. Therefore, DHSS determined that paying a dispensing fee $ 5.73 would assist in reimbursing the net cost of drugs.

By paying the dispensing fee of $ 5.73 DHSS makes up for the 5 % discount reflected in EAC and the FUL, allowing the dispensing provider to break even on the medications. The fee of $ 5.73 is the lowest amount that would cover the effect of the FUL and the 5 % discount in EAC.

DHSS restricted the non-pharmacy dispensing fee to those providers unable to buy drugs at the Federal Supply Schedule or the Federal Drug Purchasing 340b program (which ensure that providers are actually in need of assistance to meet the net cost of outpatient drugs). DHSS further limited the non-pharmacy dispensing fee to providers in the rural areas by placing a requirement that the non-pharmacy dispenser be located more than 45 miles from a pharmacy.

Please call Dave Campana at 907-273-3224, or Barbara Knapp at 907-465-3358 if there are questions or concerns.

Sincerely,

Bob Labbe

Bob Labbe, Director

cc: Dave Campana
    Barbara Knapp

# Deposition of Janice Adams

# Exhibit 35

ATTACHMENT 1

# INSTRUCTIONS FOR COMPLETING FORM CMS-179

Use Form CMS-179 to transmit State plan material to the regional office for approval. A separate typed transmittal form should be completed for each plan/amendment submitted.

**Block 1 - Transmittal Number** - Enter the State Plan Amendment transmittal number. Assign consecutive numbers on a calendar year basis (e.g., 92-001, 92-002, etc.).

**Block 2 - State** - Type the name of the State submitting the plan material.

**Block 3 - Program Identification** - Title XIX of the Social Security Act (Medicaid).

**Block 4 - Proposed Effective Date** - Enter the proposed effective date of material.

**Block 5 - Type of Plan Material** - Check the appropriate box.

**Block 6 - Federal Statute/Regulation Citation** - Enter the appropriate statutory/regulatory citation.

**Block 7 - Federal Budget Impact - 7(a)** - Enter 1st Federal Fiscal Year (FFY) impacted by the SPA & estimated Federal share of the cost of the SPA (in thousands) for 1st FFY. **7(b)** - Enter 2nd FFY impacted by the SPA & estimated Federal share of the cost for 2nd FFY. See SMM section 13026.

**Block 8 - Page No.(s) of Plan Section or Attachment** - Enter the page number(s) of plan material transmitted. If additional space is needed, use bond paper.

**Block 9 - Page No.(s) of the Superseded Plan Section or Attachment (if Applicable)** - Enter the page number(s) (including the transmittal sheet number) that is being superseded. If additional space is needed, use bond paper.

**Block 10 - Subject of Amendment** - Briefly describe plan material being transmitted.

**Block 11 - Governor's Review** - Check the appropriate box. See SMM section 13026 B.

**Block 12 - Signature of State Agency Official** - Authorized State official signs this block.

**Block 13 - Typed Name** - Type name of State official who signed block 12.

**Block 14 - Title** - Type title of State official who signed block 12.

**Block 15 - Date Submitted** - Enter the date you mail plan material to RO.

**Block 16 - Return To** - Type the name and address of State official to whom this form should be returned.

**Block 17-23 (FOR REGIONAL OFFICE USE ONLY).**

**Block 17 - Date Received** - Enter the date plan material is received in RO. See ROM section 6003.2.

**Block 18 - Date Approved** - Enter the date RO approved the plan material.

**Block 19 - Effective Date of Approved Material** - Enter the date the plan material becomes effective. If more than one effective date, list each provision and its effective date in Block 23 or attach a sheet.

**Block 20 - Signature of Regional Official** - Approving RO official signs this block.

**Block 21 - Typed Name** - Type approving official's name.

**Block 22 - Title** - Type approving official's title.

**Block 23 - Remarks** - Use this block to reference pen and ink changes, a partial approval, more than one effective date, etc. If additional space is needed, use bond paper.

Date 8/25/05   Exhibit # 35
Case Bartlett Hospital vs CMS 10 et.
Deponent Janice Adams
Reporter SHERALYN R. MCCORMICK
Naegeli Reporting Corporation
(800) 528-3335   FAX (503) 227-7123

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB number for this information collection is 0938-0193. The time required to complete this information collection is estimated to average 1 hour per response, including the time to review instructions, searching existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, Attn: PRA Reports Clearance Officer, 7500 Security Boulevard, Baltimore, Maryland 21224-1850.

**ATTACHMENT 1**