Honorable James K. Singleton, Jr.

Stephen D. Rose
Dawn R. Kreysar
Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
(206) 623-7580 (phone)
(206) 623-7022 (fax)
srose@prestongates.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY AND BOROUGH OF JUNEAU, ALASKA, d/b/a/ BARTLETT REGIONAL HOSPITAL,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES OF AMERICA, R.J. RUFF, sued in his official capacity as the REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, AND KAREN S. O'CONNOR, sued in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>　　　　　　　　　　　Defendants. | No. A04-0152 CV (JKS)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

ORDER GRANTING MOTION
FOR SUMMARY JUDGMENT - 1

K:\53742\00001\DRK\DRK_P200K

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# ORDER GRANTING PLAINTIFF'S MOTION

# FOR SUMMARY JUDGMENT

On January 27, 2006, plaintiff filed a motion for summary judgment asking this Court to declare the decision of CMS Region 10, to retroactively approve Attachment 4.19B, page 5, of State Plan Amendment (SPA) 01-002, to be invalid and of no force and effect (ROA 00077). Further, the Plaintiff requested that the Court reinstate the prior Attachment 4.19B, page 5, of the previously approved State Plan Amendments which states in pertinent part:

Methods and Standards for
Establishing Payment Rates:  Other Types of Care

\* \* \*

<u>Outpatient Hospital Services</u>

For all Alaska Hospitals, except those electing to be reimbursed under the Optional Rate Methodology for Small Facilities, the method of establishing payment for outpatient hospital services is the same as for inpatient hospital services under Attachment 4.19A. Alaska hospitals electing to be reimbursed under the Optional Payment Rate Methodology for Small Facilities are reimbursed a percentage of charges calculated as the overall Medicaid cost-to-charge ratio for allowable ancillary departments in the rate base, not to exceed 100 percent of charges. The rate base is the facility's approved inpatient hospital Medicaid rate and the department's rate analysis for the facility's fiscal year that began during the period January 1, 1997 to December 31, 1997.

THIS COURT, having considered the Plaintiff's Memorandum in Support of Its Motion for Summary Judgment, the Defendants' Opposition to Plaintiff's Motion for Summary Judgment, if any, and the Plaintiff's Reply in Support of Its Motion for Summary Judgment, as well as the records and files herein, rules as follows:

IT IS ORDERED THAT the Plaintiff's Motion for Summary Judgment is **GRANTED** and that the decision letter issued by Defendants (ROA 00077), is declared void and of no

ORDER GRANTING MOTION
FOR SUMMARY JUDGMENT - 2

K:\53742\00001\DRK\DRK_P200K

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

legal effect;

IT IS FURTHER ORDERED THAT effective January 1, 2001, the official version of the Alaska State Plan concerning Attachment 4.19B, page 5, Outpatient Hospital Services is:

Methods and Standards for
Establishing Payment Rates:  Other Types of Care

\* \* \*

<u>Outpatient Hospital Services</u>

For all Alaska Hospitals, except those electing to be reimbursed under the Optional Rate Methodology for Small Facilities, the method of establishing payment for outpatient hospital services is the same as for inpatient hospital services under Attachment 4.19A. Alaska hospitals electing to be reimbursed under the Optional Payment Rate Methodology for Small Facilities are reimbursed a percentage of charges calculated as the overall Medicaid cost-to-charge ratio for allowable ancillary departments in the rate base, not to exceed 100 percent of charges.  The rate base is the facility's approved inpatient hospital Medicaid rate and the department's rate analysis for the facility's fiscal year that began during the period January 1, 1997 to December 31, 1997.

IT IS FURTHERED ORDERED THAT Plaintiff is awarded is reasonable attorneys' fees and costs and that the Court Orders such further relief to Plaintiff as follows:

_____
_____
_____
_____
_____
_____
_____
_____
_____

ORDER GRANTING MOTION
FOR SUMMARY JUDGMENT - 3

K:\53742\00001\DRK\DRK_P200K

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1       DATED this _____ day of_____, 2006.

4                                                   JAMES K. SINGLETON
                                                  FEDERAL DISTRICT COURT JUDGE

8 I hereby certify that on January 27, 2006, copies of the foregoing were served electronically on:

10 Daniel R. Cooper, Jr.
11 Asst. U.S. Attorney
12 daniel.cooper@usdoj.gov

13 /s/ Stephen D. Rose

ORDER GRANTING MOTION
FOR SUMMARY JUDGMENT - 4

K:\53742\00001\DRK\DRK_P200K

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022