Honorable James K. Singleton, Jr.

Stephen D. Rose
Dawn R. Kreysar
Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
(206) 623-7580 (phone)
(206) 623-7022 (fax)
srose@prestongates.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY AND BOROUGH OF JUNEAU, ALASKA, d/b/a/ BARTLETT REGIONAL HOSPITAL,<br><br>                                  Plaintiff,<br><br>     v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES OF AMERICA, R.J. RUFF, sued in his official capacity as the REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, AND KAREN S. O'CONNOR, sued in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>                                  Defendants. | No. A04-0152 CV (JKS)<br><br>REQUEST FOR RULING |

REQUEST FOR RULING - 1

K:\53742\00001\DRK\DRK_P200K

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

On December 28, 2005, plaintiff's counsel filed a Motion To Augment Agency Record. The time to oppose this motion has passed without opposition by the Defendants. Plaintiff therefore respectfully requests a ruling on this Motion such that the documents submitted by Plaintiff as part of the Motion, along with the certified agency record, may be treated as part of the Record of Appeal ("ROA") for purposes of supporting Plaintiff's Motion for Summary Judgment filed with the Court simultaneously herewith. A revised (proposed) Order Granting Motion to Augment the Administrative Record is filed herewith.

DATED this 27th day of January, 2006.

PRESTON GATES & ELLIS LLP

By: /s/ Stephen D. Rose
Stephen D. Rose, ABA #8901002
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone:   (206) 623-7580
Fax:     (206) 623-7022
Email: srose@prestongates.com
Attorney for Plaintiff
Bartlett Regional Hospital

I hereby certify that on January 27, 2006,
copies of the foregoing were served
electronically on:

Daniel R. Cooper, Jr.
Asst. U.S. Attorney

daniel.cooper@usdoj.gov

/s/ Stephen D. Rose

REQUEST FOR RULING - 2

K:\53742\00001\DRK\DRK_P200K

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022