Honorable James K. Singleton, Jr.

Stephen D. Rose
Dawn R. Kreysar
Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
(206) 623-7580 (phone)
(206) 623-7022 (fax)
srose@prestongates.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY AND BOROUGH OF JUNEAU, ALASKA, d/b/a/ BARTLETT REGIONAL HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES OF AMERICA, R.J. RUFF, sued in his official capacity as the REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, AND KAREN S. O'CONNOR, sued in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>Defendants. | No. A04-0152 CV (JKS)<br><br>(PROPOSED) ORDER GRANTING MOTION TO AUGMENT THE ADMINISTRATIVE RECORD |

ORDER GRANTING MOTION
TO AUGMENT RECORD - 1

K:\53742\00001\DRK\DRK_P200K

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# ORDER GRANTING MOTION TO AUGMENT
# ADMINISTRATIVE RECORD

On December 28, 2005, plaintiff filed a motion to augment agency record seeking to have documents and deposition testimony added to the underlying administrative record in this case. Defendants have not filed any opposition to this motion and the time to oppose this motion has passed.

IT IS THEREFORE ORDERED THAT the documents and testimony submitted by Plaintiff as part of its motion to augment the administrative record is **GRANTED** and that the document marked as "Attachment 1," attached to the plaintiff's motion to augment the administrative record is deemed to be part of the official Record on Appeal for this case and that the documents identified as pages 100-155, and attached to the plaintiff's motion to augment the administrative record are also deemed to be part of the official Record on Appeal for this case.

DATED this _____ day of_____, 2006.

JAMES K. SINGLETON
FEDERAL DISTRICT COURT JUDGE

I hereby certify that on January 27, 2006, copies of the foregoing were served electronically on:

Daniel R. Cooper, Jr.
Asst. U.S. Attorney

daniel.cooper@usdoj.gov

/s/ Stephen D. Rose

ORDER GRANTING MOTION
TO AUGMENT RECORD - 2

K:\53742\00001\DRK\DRK_P200K

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022