IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY AND BOROUGH OF JUNEAU, ALASKA, d/b/a/ BARTLETT REGIONAL HOSPITAL,<br><br>    Plaintiff,<br><br>vs.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES OF AMERICA, R.J. RUFF, sued in his official capacity as the REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, AND KAREN S. O'CONNOR, sued in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>    Defendants. | Case No. 3:04-cv-0152-JKS<br><br>O R D E R |

On December 28, 2005, plaintiff filed a motion to augment agency record seeking to have documents and deposition testimony added to the underlying administrative record in this case. Defendants have not filed any opposition to this motion.

**IT IS THEREFORE ORDERED:**

The documents and testimony submitted by plaintiff as part of its motion to augment the administrative record is **GRANTED.**  The document marked as "Attachment 1," to the plaintiff's motion to augment the administrative record is deemed to be part of the official Record on Appeal

for this case and the documents identified as pages 100–155 and attached to the plaintiff's motion to augment the administrative record are also deemed to be part of the official Record on Appeal for this case.

Dated at Anchorage, Alaska, this 31 day of January 2006.

/s/ James K. Singleton
**JAMES K. SINGLETON, JR.**
United States District Judge