Honorable James K. Singleton, Jr.

Stephen D. Rose
Dawn R. Kreysar
Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
(206) 623-7580 (phone)
(206) 623-7022 (fax)
srose@prestongates.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY AND BOROUGH OF JUNEAU, ALASKA, d/b/a/ BARTLETT REGIONAL HOSPITAL,<br><br>                    Plaintiff,<br><br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES OF AMERICA, R.J. RUFF, sued in his official capacity as the REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, AND KAREN S. O'CONNOR, sued in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>                    Defendants. | No. A04-0152 CV (JKS)<br><br>PLAINTIFF'S MOTION TO STRIKE DEPOSITION TESTIMONY OF DEFENDANT O'CONNOR |

PLAINTIFF'S MOTION TO STRIKE
DEPOSITION TESTIMONY OF
DEFENDANT O'CONNOR - 1

K:\53742\00001\DRK\DRK_P200L

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

The City and Borough of Juneau, Alaska, d/b/a Bartlett Regional Hospital ("Bartlett Hospital"), Plaintiff, comes before this Court to request that the Court strike all references to, and conclusions based on, Defendant Karen S. O'Connor's deposition testimony included by Defendants in their Opposition, and asks that the Court disregard the same in ruling on the parties' cross-motions for summary judgment. Plaintiff filed with this Court a Motion to Augment the Agency Record on December 28, 2005, the deadline set for such motions by this Court. On January 31, 2006, the Court entered an order granting Plaintiff's Motion to Augment the Agency Record. Defendants neither opposed such Motion nor offered their own Motion to Augment the Agency Record within the timeframes allowed therefore. Therefore, the deposition testimony of Karen S. O'Connor cited by Defendants is **not** part of the official Record on Appeal (ROA), should **not** have been cited by or relied upon by Defendants and should not be considered by the Court.

Defendants' attempt to include this information in the Opposition is in direct contravention of the specific procedure that they so strongly advocated be applied in this matter under D. Ak. L. R. 16.3. Pursuant to this Local Rule, the Court established the deadline for the parties to move to augment the agency record. Defendants did not avail themselves of this procedure, and thus the deposition testimony of Karen S. O'Connor has not been made part of the ROA. In fact, under the very standards advanced by Defendants in the Opposition, this testimony is not of the type that could have been made part of the ROA since the validity of agency action is to be determined by "a contemporaneous explanation of the agency decision." Opposition at p. 6. Defendant O'Connor's testimony instead constitutes a post-hoc explanation of the agency's decision.

As Defendants noted in their Opposition paperwork:

> Thus, the APA limits judicial review of agency action to the administrative record.

Defendants' Opposition at p. 6-7.

Defendant O'Connor's testimony is **not** part of the ROA. Since Defendant O'Connor's testimony is not part of the record of this case, it is not subject to consideration by the Court in its review of the agency's decision.

For the reasons set forth above, Plaintiff respectfully requests that the Court strike all

PLAINTIFF'S MOTION TO STRIKE
DEPOSITION TESTIMONY OF
DEFENDANT O'CONNOR - 2

K:\53742\00001\DRK\DRK_P200L

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

references to, and conclusions based on, Defendant Karen S. O'Connor's deposition testimony included by Defendants in their Opposition, and requests that the Court disregard the same in ruling on the parties' cross-motions for summary judgment.

DATED this 14th day of March, 2006.

                PRESTON GATES & ELLIS LLP

                By _____

                /s/ Stephen D. Rose
                ASBA No. 8901002
                Attorney for Plaintiff
                Bartlett Regional Hospital

I hereby certify that on March 14, 2006, copies of the foregoing were served electronically on:

Daniel R. Cooper, Jr.
Asst. U.S. Attorney

daniel.cooper@usdoj.gov

/s/ Stephen D. Rose

---

PLAINTIFF'S MOTION TO STRIKE
DEPOSITION TESTIMONY OF
DEFENDANT O'CONNOR - 3

K:\53742\00001\DRK\DRK_P200L

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022