Honorable James K. Singleton, Jr.

Stephen D. Rose
Dawn R. Kreysar
Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
(206) 623-7580 (phone)
(206) 623-7022 (fax)
srose@prestongates.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY AND BOROUGH OF JUNEAU, ALASKA, d/b/a/ BARTLETT REGIONAL HOSPITAL,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES OF AMERICA, R.J. RUFF, sued in his official capacity as the REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, AND KAREN S. O'CONNOR, sued in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>　　　　　　　　Defendants. | No. A04-0152 CV (JKS)<br><br>(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEPOSITION TESTIMONY OF DEFENDANT O'CONNOR |

ORDER GRANTING PLAINTIFF'S
MOTION TO STRIKE - 1

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEPOSITION TESTIMONY OF DEFENDANT O'CONNOR

On March 14, 2006, Plaintiff filed a motion requesting that the Court strike all references to, and conclusions based on, Defendant Karen S. O'Connor's deposition testimony included by Defendants in their Opposition to Motion for Summary Judgment filed on February 27, 2006 (the "Opposition"), and further requesting that the Court disregard the same in ruling on the parties' cross-motions for summary judgment. The Court finds that such testimony is not part of the Record of Appeal in this case and is thus is not subject to consideration by the Court in its review of the agency's decision.

IT IS THEREFORE ORDERED THAT the deposition testimony of Defendant Karen S. O'Connor included by Defendants in their Opposition, and all references to and conclusions based on the same be stricken from all pleadings and are deemed to be of no legal significance in this case.

DATED this _____ day of _____, 2006.

_____
JAMES K. SINGLETON
FEDERAL DISTRICT COURT JUDGE

ORDER GRANTING PLAINTIFF'S
MOTION TO STRIKE - 2

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  I hereby certify that on March 14, 2006, copies of the foregoing were served electronically on:
2
3  Daniel R. Cooper, Jr.
   Asst. U.S. Attorney
4  daniel.cooper@usdoj.gov
5
   /s/ Stephen D. Rose
6

ORDER GRANTING PLAINTIFF'S
MOTION TO STRIKE - 3

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022