NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY AND BOROUGH OF JUNEAU, ALASKA, d/b/a BARTLETT REGIONAL HOSPITAL,<br><br>     Plaintiff,<br><br>vs.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION TEN, *et.al.*<br><br>     Defendants. | Case No. 3:04-cv-00152-JWS<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE FOR RECONSIDERATION OF COURT ORDER** |

    Defendants, through their counsel, file this motion for extension of time to

file any motion for reconsideration of the Court's ruling granting Plaintiff's motion

for summary judgment. [Docket 63] The basis for this motion is that Defendants' counsel of record, Assistant U.S. Attorney Daniel R. Cooper Jr., has been on leave and will not return to the office until September 27, 2006. See attached affidavit of Assistant U.S. Attorney Gary M. Guarino.

Defendants request an extension of time of five working days after Defendants' counsel returns, up to and including October 4, 2006, to file any motion for reconsideration of the Court's ruling. Undersigned counsel has contacted Plaintiff's counsel, Stephen D. Rose, who indicated that Plaintiff would not oppose this motion for extension of time.

RESPECTFULLY SUBMITTED on September 21, 2006.

NELSON P. COHEN
United States Attorney

s/ Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2006,
a copy of the foregoing UNOPPOSED MOTION
FOR EXTENSION OF TIME TO MOVE FOR
RECONSIDERATION OF COURT ORDER was served
electronically on Stephen D. Rose.

s/ Gary M. Guarino