IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY AND BOROUGH OF JUNEAU, ALASKA, d/b/a BARTLETT REGIONAL HOSPITAL,<br><br>　　　Plaintiff,<br><br>vs.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION TEN, *et.al.*<br><br>　　　Defendants. | Case No. 3:04-cv-00152-JWS<br><br>**[PROPOSED] ORDER** |

　　　The Court ORDERS that Defendants' Unopposed Motion for Extension of Time to Move for Reconsideration is GRANTED. Defendants shall have until October 4, 2006, to file any motion for reconsideration of the Court's Order granting Plaintiff's motion for summary judgment and denying Defendants' motion for summary judgment. [Docket 63]

_____　　　　_____
Date:　　　　　　　　　　　　　　　　　　John W. Sedwick
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge