NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY AND BOROUGH OF JUNEAU, ALASKA, d/b/a BARTLETT REGIONAL HOSPITAL,<br><br>    Plaintiff,<br><br>vs.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION TEN, *et.al.*<br><br>    Defendants. | Case No. 3:04-cv-00152-JWS<br><br>**AFFIDAVIT IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE FOR RECONSIDERATION OF COURT ORDER** |

I, GARY M. GUARINO, being first duly sworn, deposes and states as follows:

1. I am an Assistant U.S. Attorney in the U.S. Attorney's Office for the District of Alaska.

2. Assistant U.S. Attorney Daniel R. Cooper, Jr. (AUSA Cooper), has been the attorney assigned to this case and primarily responsible for the briefing on the parties' cross-motions for summary judgment [Dockets 43 and 48].

3. AUSA Cooper has been on leave and is not scheduled to return to the office until September 27, 2006. AUSA Cooper will need time to review the Court's ruling on the motions for summary judgment [Docket 63], to determine whether there are any grounds for a motion for reconsideration, and to then prepare and file any such motion.

4. Undersigned counsel contacted Plaintiff's counsel , Stephen D. Rose, and Mr. Rose indicated that Plaintiff would not oppose the Defendants' motion for extension of time.

RESPECTFULLY SUBMITTED on September 21, 2006.

NELSON P. COHEN
United States Attorney

s/ Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2006, a copy of the foregoing AFFIDAVIT IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE FOR RECONSIDERATION OF COURT ORDER was served electronically on Stephen D. Rose.

s/ Gary M. Guarino