Honorable John W. Sedwick

1

2

3    Stephen D. Rose
     Dawn R. Kreysar
4    Preston Gates & Ellis LLP
5    925 Fourth Avenue, Suite 2900
     Seattle, Washington 98104
6    (206) 623-7580 (phone)
     (206) 623-7022 (fax)
7    srose@prestongates.com

8

9

10

11              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF ALASKA
12

13   CITY AND BOROUGH OF JUNEAU,
     ALASKA, d/b/a/ BARTLETT REGIONAL        No.  3:04-cv-152 JWS
14   HOSPITAL,
                                             NOTICE OF FILING (PROPOSED)
15                            Plaintiff,     JUDGMENT

16        v.

17
     CENTERS FOR MEDICARE AND
18   MEDICAID SERVICES, REGION 10,
     UNITED STATES DEPARTMENT OF
19   HEALTH AND HUMAN SERVICES,
     UNITED STATES OF AMERICA, R.J.
20   RUFF, sued in his official capacity as the
     REGIONAL ADMINISTRATOR OF
21   REGION 10 FOR THE CENTERS FOR
     MEDICARE AND MEDICAID SERVICES,
22   AND KAREN S. O'CONNOR, sued in her
     official capacity as ASSOCIATE
23   REGIONAL ADMINISTRATOR,
     DIVISION OF MEDICAID & CHILDREN'S
24   HEALTH, REGION 10 FOR THE
     CENTERS FOR MEDICARE AND
25   MEDICAID SERVICES,

26                            Defendants.

NOTICE OF FILING (PROPOSED)
JUDGMENT - 1

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1         Pursuant to the Court's Order dated September 15, 2006 [Docket No. 63], attached is

2    the requested proposed Form of Judgment.

3

4         DATED this 3rd day of October, 2006.

5

6                                 PRESTON GATES & ELLIS LLP

7                           BY:  _/s/ Stephen D. Rose_

8                               Stephen D. Rose, ASBA No. 8901002

9                           Attorney for Plaintiff
                             Bartlett Regional Hospital

10

11

12

13   I hereby certify that on October 3, 2006,

14   copies of the foregoing were served
electronically on:

15

16   Daniel R. Cooper, Jr.
Asst. U.S. Attorney

17   daniel.cooper@usdoj.gov

18   /s/ Stephen D. Rose

19

20   K:\53742\00001\SDR\SDR_P2076

21   K:\53742\00001\SDR\SDR_P207D

22

23

24

25

26

NOTICE OF FILING (PROPOSED)
JUDGMENT - 2

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022