DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Susan Daniels
Assistant Attorney General
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5178
Fax: (907) 258-4978
Susan_Daniels@law.state.ak.us

Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CITY and BOROUGH OF JUNEAU, ALASKA, d/b/a BARTLETT REGIONAL HOSPITAL, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 3:04-cv-152 JWS |
| vs. | ) ) | STATE OF ALASKA'S MOTION TO INTERVENE |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES OF AMERICA; R.J. RUFF, in his official capacity as REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; and KAREN S.O'CONNOR, in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | AS A DEFENDANT |
| Defendants. | ) ) | |

The State of Alaska ("State") moves for leave to intervene as a defendant in this action, in order to request leave to supplement the record in this matter. The record lacks crucial documents showing that the State provided all notice required under state and federal regulation. The State also seeks intervention to provide legal argument on this issue of Bartlett's Standing to bring a private action in an attempt to invalidate the State Plan.

The State moves to intervene as of right under FRCP 24(a)(2). In the alternative, the State moves to be allowed to intervene permissively under FRCP 24(b)(2).

This motion is accompanied by a supporting memorandum of law and proposed order.

Dated: 10/6/2006

 /s/    Susan L. Daniels

DAVID W. MÁRQUEZ
ATTORNEY GENERAL
By: Susan L. Daniels
Assistant Attorney General
ABA No. 8306029
1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: (907) 269-5178
Fax: (907) 258-4978
E-mail: Susan_Daniels@law.state.ak.us

**CERTIFICATE OF SERVICE**

It is hereby certified that on this 6th day of October, 2006, a true and correct copy of the foregoing document, the State of Alaska's Motion to Intervene as a Defendant was served via electronic mail on the following parties:

   Stephen D. Rose, Esq.
      srose@prestongates.com
      lynney@prestongates.com

   Daniel R. Cooper, Jr., Esq.
      daniel.cooper@usjoj.gov
      joy.mcculloch@uskoj.gov
      usaak.ecf@usdoj.gov


   /s/   Keri Hile
Keri Hile, Law Office Assistant
Attorney General's Office