DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Susan Daniels
Assistant Attorney General
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5178
Fax: (907) 258-4978
Susan_Daniels@law.state.ak.us

Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY and BOROUGH OF JUNEAU, ALASKA, d/b/a BARTLETT REGIONAL HOSPITAL,<br><br>        Plaintiff,<br>vs.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES OF AMERICA; R.J. RUFF, in his official capacity as REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; and KAREN S. O'CONNOR, in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>        Defendants. | Case No. 3:04-cv-152 JWS<br><br>INTERVENER STATE OF ALASKA'S PROPOSED ANSWER TO SECOND AMENDED COMPLAINT |

## FIRST DEFENSE

1. Intervener admits the allegations stated in paragraphs 2, 3, 4, 5, 6, 7, 8, and 15.

2. Intervener admits the allegations of the first sentence of paragraphs 9 and 32; intervener denies all remaining characterizations and conclusions of paragraphs 9 and 32.

3. Intervener admits that plaintiff requested and was provided with State Plan documents but denies all remaining characterizations and conclusions of paragraphs 13 and 14.

4. Intervener admits the existence of the letters described in paragraphs 29, 30, and 31 but denies all remaining characterizations and conclusions of paragraphs 29, 30, and 31.

5. Intervener denies for lack of information the allegations of paragraph 16.

6. Intervener denies paragraphs 1, 17, 23, 24, 25, 38, 39 and 41.

7. Intervener denies the characterizations and conclusions of paragraphs 10, 11, 12, 18, 19, 20, 21, 22, 26, 27, 28, 33, 34, 35, 36, and 37.

8. In response to paragraph 40, Intervener incorporates by reference its responses to paragraphs 1 through 39.

*Bartlett Hospital v Centers of Medicare, et.al.*    3:04-cv-152-JKS
Intervener's Answer to Second
Amended Complaint
2

## SECOND DEFENSE

1. The court lacks jurisdiction over this action.

2. The plaintiff does not have standing to bring this action.

3. The State met all requirements for notice of and amendments to its Medicaid State Plan. The State's Motion for Intervention and supporting memorandum are incorporated by reference.

Dated: 10/6/2006

  /s/    Susan L. Daniels

DAVID W. MÁRQUEZ
ATTORNEY GENERAL
By: Susan L. Daniels
Assistant Attorney General
ABA No. 8306029
1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: (907) 269-5178
Fax: (907) 258-4978
E-mail: Susan_Daniels@law.state.ak.us

**CERTIFICATE OF SERVICE**

It is hereby certified that on this 6th day of October, 2006, a true and correct copy of the foregoing document, Intervener State of Alaska's Answer to Second Amended Complaintwas served via electronic mail on the following parties:

   Stephen D. Rose, Esq.
      srose@prestongates.com
      lynney@prestongates.com

*Bartlett Hospital v Centers of Medicare, et.al.*                3:04-cv-152-JKS
Intervener's Answer to Second
Amended Complaint

3

Daniel R. Cooper, Jr., Esq.
daniel.cooper@usjoj.gov
joy.mcculloch@uskoj.gov
usaak.ecf@usdoj.gov


___/s/   Keri Hile_____
Keri Hile, Law Office Assistant
Attorney General's Office

*Bartlett Hospital v Centers of Medicare, et.al.*  3:04-cv-152-JKS
Intervener's Answer to Second
Amended Complaint