DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Susan Daniels
Assistant Attorney General
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5178
Fax: (907) 258-4978
Susan_Daniels@law.state.ak.us

Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CITY and BOROUGH OF JUNEAU, ALASKA, d/b/a BARTLETT REGIONAL HOSPITAL, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 3:04-cv-152 JWS |
| vs. | ) ) | |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES OF AMERICA; R.J. RUFF, in his official capacity as REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; and KAREN S.O'CONNOR, in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | PROPOSED ORDER ON STATE OF ALASKA'S MOTION TO INTERVENE AS A DEFENDANT |

The State of Alaska ("State") Moved for Leave to Intervene as a defendant in this action, the court, having considered the Motion and all Opposition thereto,

The State's Motion is hereby GRANTED

Dated: _____      _____
                                    Hon. John W. Sedwick
                                    U.S. District Court Judge

**CERTIFICATE OF SERVICE**

It is hereby certified that on this 6th day of October, 2006, a true and correct copy of the foregoing document, the State of Alaska's Proposed Order was served via electronic mail on the following parties:

   Stephen D. Rose, Esq.
      srose@prestongates.com
      lynney@prestongates.com
   Daniel R. Cooper, Jr., Esq.
      daniel.cooper@usjoj.gov
      joy.mcculloch@uskoj.gov
      usaak.ecf@usdoj.gov


  /s/   Keri Hile
Keri Hile, Law Office Assistant
Attorney General's Office

*Bartlett Hospital v Centers of Medicare, et.al.*                    3:04-cv-152-JKS
Motion to Intervene – Proposed Order