DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Susan Daniels
Assistant Attorney General
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5178
Fax: (907) 258-4978
Susan_Daniels@law.state.ak.us

Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY and BOROUGH OF JUNEAU, ALASKA, d/b/a BARTLETT REGIONAL HOSPITAL, <br><br> Plaintiff, <br><br> vs. <br><br> CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES OF AMERICA; R.J. RUFF, in his official capacity as REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; and KAREN S. O'CONNOR, in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, <br><br> Defendants. | Case No. 3:04-cv-152 JWS <br><br> STATE OF ALASKA'S INDEX OF EXHIBITS ATTACHED TO MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE |

| A. | 12/10/1997 | Letter from Department of Health and Human Services allowing the state to use its customary regulatory process to meet the notice requirements of notice under 42 C.F.R. § 447.205 |
| B | 7/17/2000 & 8/18/2000 | Notices of Proposed Change in Regulations |
| C | 6/25/2001 | Public Notice of the June 25, 2001 Medicaid Meeting (published June 16 and 17, 2001) |
| D. | 6/19/2001 | Letter from Bartlett Hospital re: rate recommendation |
| E. |  | Agenda of the Medicaid Rate Advisory Commission Meeting showing Bartlett representative participation |
| F | 6/25/2001 | Minutes of the June 25, 2001 Medicaid Rate Advisory Commission Meeting showing Bartlett representative participation |
| G | 7/2/2001 | Letter from CMS inquiring as to public notice under 42 CFR 447.205. |
| H | 8/30/2001 | State's response (assurance) that public notice was published and hearings were held dated August 30, 2001 |
| I | 11/30/2000 | Alaska Lieutenant Governor's November 30, 2000 Adoption Order of regulations |
| J | 7/19/2000 7/20/2000 8/22/2000 8/23/2000 | Affidavits of Publication of Proposed Regulations & (Proposed regulations were published.) |
| K | 8/17/2000 | Letter from Bartlett Hospital regarding proposed regulations |

*Bartlett Hospital v Centers of Medicare, et.al.*  3:04-cv-152-JKS
Index of Exhibits Attached to Memo in
Support of Motion to Intervene

Dated: 10/6/2006

/s/     Susan L. Daniels

DAVID W. MÁRQUEZ
ATTORNEY GENERAL
By: Susan L. Daniels
Assistant Attorney General
ABA No. 8306029
1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: (907) 269-5178
Fax: (907) 258-4978
E-mail: Susan_Daniels@law.state.ak.us

**CERTIFICATE OF SERVICE**

It is hereby certified that on this 6th day of October, 2006, a true and correct copy of the foregoing document, the State of Alaska's Index of Exhibits as served via electronic mail on the following parties:

Stephen D. Rose, Esq.
    srose@prestongates.com
    lynney@prestongates.com

Daniel R. Cooper, Jr., Esq.
    daniel.cooper@usjoj.gov
    joy.mcculloch@uskoj.gov
    usaak.ecf@usdoj.gov

   /s/   Keri Hile
Keri Hile, Law Office Assistant
Attorney General's Office

*Bartlett Hospital v Centers of Medicare, et.al.*                                   3:04-cv-152-JKS
Index of Exhibits Attached to Memo in
Support of Motion to Intervene