## NOTICE OF PROPOSED CHANGES IN THE REGULATIONS OF THE ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES

Notice is given that the State of Alaska, Department of Health and Social Services, to improve and streamline the hospital and long-term care facility methods, standards and processes for setting payment rates, to extend the current methodology for calculating payments rates for outpatient surgical centers and rural health clinics, and to establish payment rates for critical access hospitals based on costs, proposes to amend, repeal and readopt regulations in Title 7 of the Alaska Administrative Code, dealing with Alaska's medical assistance rates and payments to facilities, to implement, interpret or make specific AS 47.05.010, AS 47.07.040, AS 47.07.070, AS 47.07.071, AS 47.07.073, AS 47.07.074 and AS 47.07.180, as follows:

7 AAC 43.673, 7 AAC 43.676, 7 AAC 43.679, 7 AAC 43.686, 7 AAC 43.689, 7 AAC 43.693, and 7 AAC 43.701 will be amended, 7 AAC 43.680, 7 AAC 43.683, 7 AAC 43.685, 7 AAC 43.691 and 7 AAC 43.709 will be repealed and readopted, to adopt revised definitions, methods, procedures and standards for setting payment rates, including expanding, revising, and extending the Optional Payment Rate Methodology and Criteria for Small Facilities.

7 AAC 43.695, dealing with OBRA '87-related continuing education for nurse aides, will be repealed.

Notice is also given that any person interested may present written comments relevant to the proposed action, including the potential costs to private persons of complying with the proposed action, by writing to Jack Nielson, Executive Director, Medicaid Rate Advisory Commission, 4710 Business Park Boulevard, Suite 44, Anchorage, Alaska 99503, so that they are received no later than August 18, 2000. Additionally, any interested person may present oral or written comments relevant to the proposed action, including the potential costs to private persons of complying with the proposed action, at a hearing to be held in the Health Facilities Licensing and Certification conference room, 4730 Business Park Blvd, Suite 18, Anchorage, Alaska at 10:00 a.m. on August 18, 2000.

If you are a person with a disability who may need a special accommodation in order to participate in the process on the proposed regulations, please contact Barbara Hillin at (907) 561-2171 no later than August 11, 2000 to ensure that any necessary accommodations can be provided.

It is estimated that this action will require no increase in annual appropriations and annual aggregate expenditures.

Copies of the proposed regulations may be obtained by writing to: Alaska Department of Health and Social Services, Division of Medical Assistance, Medicaid Rate Advisory Commission, 4710 Business Park Boulevard, Suite 44, Anchorage, Alaska 99503 or may be viewed at the same location.

EXHIBIT B
Page 1 of 4

Exhibit D
Page 003 of 224

MRAC 873

After the close of the public comment period, the Department of Health and Social Services will either adopt these or other proposals dealing with the same subject, without further notice, or decide to take no action on them. The language of the final regulations may vary from that of the proposed regulations. You should comment during the time allowed if your interests could be affected.

DATE: 7-17-00

*[signature]*
Jay Livey, Deputy Commissioner
Department of Health & Social Services

SUPPLEMENTAL NOTICE OF PROPOSED
CHANGES IN THE REGULATIONS OF THE
ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES

Notice is given that the State of Alaska, Department of Health and Social Services, to improve and streamline the hospital and long-term care facility methods, standards and processes for setting payment rates, to extend the current methodology for calculating payments rates for outpatient surgical centers and rural health clinics, and to establish payment rates for critical access hospitals based on costs, proposes to amend, repeal and readopt regulations in Title 7 of the Alaska Administrative Code, dealing with Alaska's medical assistance rates and payments to facilities, to implement, interpret or make specific AS 47.05.010, AS 47.07.040, AS 47.07.070, AS 47.07.071, AS 47.07.073, AS 47.07.074 and AS 47.07.180, as follows:

7 AAC 43.673, 7 AAC 43.676, 7 AAC 43.679, 7 AAC 43.686, 7 AAC 43.689, 7 AAC 43.693, and 7 AAC 43.701 will be amended, 7 AAC 43.680, 7 AAC 43.683, 7 AAC 43.685, 7 AAC 43.691 and 7 AAC 43.709 will be repealed and readopted, to adopt revised definitions, methods, procedures and standards for setting payment rates, including expanding, revising, and extending the Optional Payment Rate Methodology and Criteria for Small Facilities.

7 AAC 43.695, dealing with OBRA '87-related continuing education for nurse aides, will be repealed.

This is a SUPPLEMENTAL NOTICE adding to the NOTICE OF PROPOSED CHANGES that was issued on July 17, 2000 concerning this proposed regulation. The SUPPLEMENTAL NOTICE is being issued to extend the written and oral comment period to September 1, 2000.

Notice is also given that any person interested may present written comments relevant to the proposed action, including the potential costs to private persons of complying with the proposed action, by writing to Jack Nielson, Executive Director, Medicaid Rate Advisory Commission, 4710 Business Park Boulevard, Suite 44, Anchorage, Alaska 99503, so that they are received no later than 10:00 a.m. on September 1, 2000. Additionally, any interested person may present oral, either in person or via teleconference, or written comments relevant to the proposed action, including the potential costs to private persons of complying with the proposed action, at a hearing to be held in the Health Facilities Licensing and Certification conference room, 4730 Business Park Blvd, Suite 18, Anchorage, Alaska at 10:00 a.m. on September 1, 2000.

If you wish to participate by teleconference, please contact Barbara Hillin at (907) 273-3261 by August 31, 2000.

A copy of the audio cassette tape of the August 18, 2000 oral comments are available by contacting Barbara Hillin at (907) 273-3261.

If you are a person with a disability who may need a special accommodation in order to participate in the process on the proposed regulations, please contact Barbara Hillin at (907) 273-3261 no later than August 31, 2000 to ensure that any necessary accommodations can be provided.

EXHIBIT B
Page 3 of 4

Exhibit D
Page 068 of 224

MRAC 875

It is estimated that this action will require no increase in annual appropriations and annual aggregate expenditures.

Copies of the proposed regulations may be obtained by writing to: Alaska Department of Health and Social Services, Division of Medical Assistance, Medicaid Rate Advisory Commission, 4710 Business Park Boulevard, Suite 44, Anchorage, Alaska 99503 or may be viewed at the same location.

After the close of the public comment period, the Department of Health and Social Services will either adopt these or other proposals dealing with the same subject, without further notice, or decide to take no action on them. The language of the final regulations may vary from that of the proposed regulations. You should comment during the time allowed if your interests could be affected.

DATE: 8-18-00

*Jay Livey*
Jay Livey, Deputy Commissioner
Department of Health & Social Services

EXHIBIT B
Page 4 of 4

Exhibit D
Page 069 of 224

MRAC 876