## Public Notices 900

**Reduced!** Put a private party logo in your next ad! 257-4444

**STATE OF ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES PUBLIC NOTICE**

The Medicaid Rate Advisory Commission as established under AS 47.07.910 will meet at 10:30 a.m. on June 25, 2001. The meeting will be held in the conference room, Health Facilities Licensing and Certification Office, 4730 Business Park Boulevard, Suite 18, Anchorage, Alaska.

A public hearing will be held at 10:00 a.m. at which time interested parties may present oral testimony regarding the proposed regulations to amend 7 AAC 43.687 which deals with Alaska Medicaid additional payments as a disproportionate share hospital.

Interested parties who wish to provide oral testimony telephonically, please contact Barbara Hillin at (907) 561-2171 no later than June 20, 2001.

In addition to the general business of the Commission, the agenda will include informal rate hearings on payment rates for selected hospitals, rural health clinics, long-term care facilities and hospital disproportionate share calculations per 7 AAC 43.687(b)(2)(A).

All interested persons are invited to attend and to provide comments on the proposed payment rates and the methodologies and justifications supporting the proposed rates. Notice is given that any interested person may request a copy of the proposed rates or the final rates (which will be established after the Commission meeting) by submitting a written request to Jack Nielson, Executive Director, 4730 Business Park Boulevard, Suite 44, Anchorage, Alaska 99503.

If you are a person with a disability who may need a special modification in order to participate, please contact Barbara Hillin at (907) 561-2171 no later than June 20, 2001, to make any necessary arrangements.

Published June 16, 17, 2001

## Public Notices 900

**STATE TRIBAL FORUM MILLENNIUM AGREEMENT Structure Committee**

will meet via teleconference on June 19, 2001 at 4:00 p.m. For additional information, interpreter services or other accommodations, call Donna Goldsmith at (907) 465-3600.

Need a **VACATION?** Check out our **TICKETS & TRAVEL** Section Today!

## Invitation To Bid 910

Place your ad in the Anchorage Daily News Classifieds and get your stuff **SOLD**

**ALASKA RAILROAD CORPORATION (ARRC) Request for Proposal 01-47-28580 COMPENSATION CONSULTING FIRM**

The Alaska Railroad Corporation (ARRC) is soliciting proposals from interested concerns for a "Compensation Consulting Firm". Proposals will be accepted until 3:00 p.m. July 3, 2001. ARRC is an equal opportunity corporation who encourages the participation of DBE contractors and suppliers. To receive a copy of this offer please contact Alaska Railroad Purchasing & Materials, (907) 265-2593. This bid document is also available on the Internet under www.akrr.com "Vendor Information".

Published June 16-18, 2001

## Invitation To Bid 910

**Chefornak Water and Sewer Project Purchase Preservative Treated Lumber Invitation To Bid**

On behalf of the Chefornak Water and Sewer Project, CE2 Engineers is requesting sealed bids from interested vendors to furnish approximately 150,000 board feet of preservative treated lumber.

Bid documents are available at the offices of CE2 Engineers, 8221 Dimond Hook Drive, Anchorage, AK 99507. Contact Dean W. Gamery at (907) 349-1010.

Sealed bids must be received by CE2 Engineers at the above address not later than 3:00 p.m. Alaska Daylight Time on Monday, July 2, 2001. Late bids will not be accepted.

Pub: 6/18, 19, 20, 21, 2001

Fax your items under $100 with your name, address, & phone number to 279-8170

**City of Cordova REQUEST FOR BIDS**

The City of Cordova is accepting sealed bids for the relocation for a log home residence from Tract 9B, Loop Road Mile 5 Copper River Highway to Elmer Point Subdivision, Mile 2 Copper River Highway. Bids will be received until 2:00 p.m. on July 12, 2001, prevailing time at City Hall, City of Cordova, 602 Railroad Avenue, P.O. Box 1210, Cordova, Alaska 99574, and then publicly opened and read. Any bids received after the specified time and date will not be considered.

Information as to the bidding requirements as well as specifications may be obtained from David Parsons, Capital Improvements Coordinator, City of Cordova, (907) 424-6220

Published June 13 through July 3, 2001.

## Invitation To Bid 910

**CALL AN EXPERT!** Everyday in the ADN Classifieds. How things get done!

**PUBLIC NOTICE**

The City of Dillingham Senior Center as a member of the Dillingham Area Transportation Agencies, has received a grant from the State of Alaska Department of Transportation to develop a Dillingham Area Coordinated Transportation Plan. The study will involve assessment and associated documentation of existing agency and private transportation program resources, capabilities and service levels, gain citizen input involvement, increase public awareness, provide local input and assistance into the development of a Dillingham Area Coordinated Transportation Plan. Qualifications: General knowledge of transportation planning is required. Experienced in economic/community development and administration and economic impact assessment is desirable. Strong organizational and technical writing skills desirable. Proficiency with word processing PC. Those interested contact Keren Kelley at the Dillingham Senior Center (907) 842-1231 for more information and proposal packet. Submit proposals to Senior Center Director, P.O. Box 1569, Dillingham, Alaska 99576. Closing Date: 07/13/01 EOE

Published June 16 through July 8, 2001

**STATE OF ALASKA DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES SOUTHEAST REGION DESIGN & ENGINEERING SERVICES**

**INVITATION FOR BIDS**

Project Bid Title: Hydaburg Harbor Electrical Renovation
Project Bid No: 68152
Estimated Cost: Between $250,000 and $500,000
Bid Opening: July 12, 2001 at 2:00 PM
Telephone: (907) 465-8904
TDD: (907) 465-4647

## Invitation To Bid 910

**REQUESTING SUB-BIDS FOR:**
Army and Air Force Exchange Service (AAFES) Construct Shoppette, Elmendorf AFB, AK
Solicitation No. AAFES-PZC-94-035-01-01?

Bid Date: June 19, 2001, 2:00 p.m. Requesting sub-bids from qualified subs AN AT MBE, DBE, SBE, WBE Steppers Construction, Inc. General Contractor. Phone (907) 746-1880 Fax (907) 746-2670

Pub: June 9-19, 2001

Is there a birthday coming up? Surprise your loved one with an announcement in the Daily News. Call **257-4250** Anchorage Daily News



EXHIBIT C Page 1 of 1