# Bartlett Regional Hospital

3260 HOSPITAL DRIVE • JUNEAU, ALASKA 99801 • TELEPHONE (907) 586-2611

via FAX # 907.563.7309 (original to follow by mail)

June 18, 2001

Mr. Jack Nielson, Executive Director
State of Alaska, Dept of Health & Social Services
Medicaid Rate Advisory Commission
4710 Business Park Blvd., Suite 44
Anchorage, AK 99503-7100

RECEIVED
JUN 19 2001
MEDICAID RATE
ADVISORY COMMISSION

Subject: Comments on FY 2002 Rate Recommendation

Dear Mr. Nielson:

We have reviewed the staff report to the Medicaid Rate Advisory Commission and recommendations for our FY 2002 rates. We have two points of concern / disagreement as follows:

- Lower of Cost or Charges. The calculation as presented (Inpatient – Page 3) reflects charges being lower than costs by $213,143 (about 10%). Such a calculation is something to which we objected on a number of occasions during discussions and development of the new rate setting system. We argued that the test for lower of cost or charges should be done in a manner similar to Medicare, testing on total facility costs and charges. The impact of this issue is significant in light the schedule of infrequent re-basing. Our calculation is that the adverse impact will be well over $1,000,000 over a 4-year period.

  We would point out that Medicaid rates for the past many years have not been 100% of charges, which would be logical if charges were lower than costs. Rates in recent years have been 72.63% for FY 1999, 73.66% for FY 2000, and 78.93% for FY 2001. The proposed outpatient rate for FY 2002 is 81.87%. These numbers confirm that charges have in fact been higher than costs historically.

- Clinic Costs. Our FY 1999 Medicare Cost Report has $147,911 on line 96 (a non-reimbursable cost center). For Medicaid rate setting purposes these costs are, in fact, allowable (see 7 AAC 43.686 (c) (6)). The amounts that make up the $147,911 are for expenses incurred in supporting billing and other administrative functions for Psychiatrists who support our Mental Health Unit and for other physicians.

We ask that you make adjustments to our FY 2002 rate to reflect these issues. Please call me at 907.586.8402 if you have questions or need additional information.

Sincerely,

Garth M. Hamblin, CFO

EXHIBIT D
Page 1 of 1

Page 1