# STATE OF ALASKA
## DEPT. OF HEALTH & SOCIAL SERVICES
### MEDICAID RATE ADVISORY COMMISSION

TONY KNOWLES, GOVERNOR

☐ 4710 BUSINESS PARK BLVD., STE 44
ANCHORAGE, ALASKA 99503-7100
PHONE: (907) 562-1996
FAX:   (907) 563-7309

MEDICAID RATE ADVISORY COMMISSION
As Established Under AS 47.07
**Tentative Agenda**
Meeting of June 25, 2001
10:30 a.m. – Conference Room
Health Facilities Licensing & Certification Office
4730 Business Park Boulevard, Suite 18
Anchorage, AK  99503

1. Call to Order
2. Election of Officers
3. Approval of Minutes
4. Old Business
5. Disproportionate Share Hospital Calculations per 7 AAC 43.687(b)(2)(A)
6. Informal Rate Hearings
   a. Charter North - FY 01
   b. Norton Sound Regional Hospital - FY 00
   c. Norton Sound Regional Hospital - FY 01
   d. South Peninsula Hospital - FY 01
   e. South Peninsula Hospital - FY 02
   f. Alaska Psychiatric Institute - FY 02
   g. Bartlett Regional - FY 02
   h. Central Peninsula General Hospital - FY 02
   i. Cordova Community Medical Center - FY 02
   j. Ketchikan General Hospital - FY 02
   k. Petersburg Medical Center - FY 02
   l. Providence Seward Medical Center - FY 02
   m. Wesley Rehabilitation and Care Center - FY 02
   n. Galena Health Center - FY 02
   o. Iliuliuk Family and Health Services - FY 02
   p. Whittier Rural Health Clinic - FY 02
   q. Yakutat Community Health Center - FY 02
7. Executive Director's Report
8. Items from the Floor
9. Items from the Commission
10. Adjournment

**10:00 a.m.** - A public hearing will be held at which time interested parties may present oral testimony regarding the proposed regulations to amend 7 AAC 43.687 which deals with Alaska Medicaid additional payments as a disproportionate share hospital.

EXHIBIT E
Page 1 of 1


Printed on Recycled Paper