c. Norton Sound Regional Hospital - FY 2001

Facility was represented by Donna Herbert, Financial Consultants of Alaska and John Sullivan from the law firm of Inslee, Best, Doezie & Ryder.

Randall Schlapia presented staff's recommendation establish the percentage component of the Medicaid rate for Norton Sound Hospital at 72.13% of charges consisting of 73.15% in accordance with 7AAC 43.685(f) and a negative 1.02% adjustment in accordance with 7AAC 43.691 effective for the period commencing October 1, 2000 through no later than September 30, 2001. Alternatively establish the rate for adjusted admission at 73.21% of charges in accordance with 7AAC 43.685(f) if the facility pays the Division of Medical Assistance the year-end conformance amount of $8,768.00 in accordance with 7AAC 43.691(a)(2), effective for the period commencing October 1, 2000 through no later than September 30, 2001. Establish the maximum aggregate average charge component of the rate for the Medicaid program at $6,036.32. Further, establish the rate per day for long term care services at $464.13 consisting of $454.37 for routine services in accordance with 7AAC 43.685(f), $27.70 for capital, $2.43 for ancillaries, and a negative adjustment of $20.37 in accordance with 7AAC 43.691 effective for the period commencing October 1, 2000 and continuing through no later than September 30, 2001. Staff's recommendation will be changing for long-term care, maybe slightly for acute care, to include respiratory therapy adjustment, which we have not made yet. It will increase the $2.43 by that respiratory therapy amount and it will reduce the negative $20.00 by an amount as well.

Donna Herbert stated that without those calculations it's difficult to give a presentation. What the facility would like to do is to be able to review the new rates when they're done today and if they're not in agreement with that, be able to come back and give a presentation in September.

Jack Nielson stated that would be agreeable with staff.

d. South Peninsula Hospital - FY 2001

Facility was represented by Charles Franz, Administrator of South Peninsula Hospital, and Marty Michiels, Financial Consultants of Alaska.

Randall Schlapia presented staff's recommendation to establish the rate for adjusted admission for South Peninsula Hospital at 86.53% of charges consisting of 87.72% in accordance with 7AAC 43.685(f) and a negative 1.19% adjustment in accordance with 7AAC 43.691, effective for the period commencing July 1, 2000 through no later than June 30, 2001. Alternatively establish the rate for adjusted admission at 87.72% of charges in accordance with 7AAC 43.685(f) if the facility pays the Division of Medical Assistance the year-end conformance

-5-

amount of $21,959.00 in accordance with 7AAC 43.691(a)(2), effective for the period commencing July 1, 2000 through no later than June 30, 2001. Establish the maximum aggregate average charge for the Medicaid program at $5,192.51 per adjusted admission. Further, establish the rate per day for long term care service at $389.59 consisting of $332.49 for routine service in accordance with 7AAC 43.685(f), $42.17 for capital, and $14.93 for ancillaries, effective for the period commencing July 1, 2000 through no later than June 30, 2001.

Charles Franz stated that South Peninsula Hospital agrees with the staff's recommendation and would like to make the lump sum payment on the year-end conformance amount.

Marty Michiels stated they were able to fix with staff all of their concerns for the rate, but had a question concerning the amount of the year-end conformance payment. Year-end conformance sum was originally approximately $19,000, now it's $21,000.

Randall Schlapia explained the calculations and agreed the recommendation should have been $19,142.00. The staff would be in agreement with revising it.

e.  South Peninsula Hospital - FY 2002

Facility was represented by Charles Franz, Administrator of South Peninsula Hospital and Marty Michiels, Financial Consultants of Alaska.

Randall Schlapia presented the staff's recommendation. Based on the facility's election to have its rates established under 7 AAC 43.689 with 7AAC 43.685 base, the rate per day for acute care services for South Peninsula Hospital be established by contract for each of these years -- 2002, 2003, 2004 and 2005, beginning July 1 and ending June 30 as follows: 2002, $1,871.63 per day; 2003, $1,922.56 per day; for 2004, $1,977.01 per day; 2005, $2,032.03 per day. Further that the outpatient rate for Medicaid program be established at 84.72% in accordance with 7AAC 43.685 and 7AAC 43.689 for the fiscal years 2002, 2003, 2004 and 2005. Further, based on the facility's election to have its rates established under 43.689 and 7AAC 43.685 base the rate per day for long term care services for South Peninsula Hospital be established by contract each of these years, 2002, 2003, 2004 and 2005 beginning July 1 and ending June 30 as follows: for 2002, $450.07; for 2003, $462.53; for 2004, $475.35; and for 2005, $488.55.

Marty Michiels presented the rate presentation for the facility, which included 2 issues that were actually heard with previous facilities in the December rate hearings. 1) On the acute care rate, there's a lower cost or charge restriction on that right now. We don't believe a facility should be locked in to a rate structure that was present in their 1999 base year. 2) On the inpatient ancillary portion of the acute care rate, again we're using 1999 as a base for the calculation. The

- 6 -

EXHIBIT F
Page 6 of 13

routine portion of the rate is being calculated from the MR014 report that comes from the state so it's taking the latest known data for the routine portion on paid Medicaid room and board charges and it's incorporating that into the rate. We agree with that. However, on the ancillary piece of the rate that's been calculated, it's been calculated instead of using MR014 charges, what's being utilized is the submitted cost report charges for the routine patients for PT, OT, ST, etc. Mr. Michiels continued to explain these two points.

In summary we're asking that the lower cost or charge restriction be removed which has an impact of $33.01 per day; we're asking that the revenue code 230 be included back in the routine revenues for the routine portion of the lower cost or charge calculation which would increase the rate by $3.96 per day; we're asking that the MR014 be utilized for the ancillary portion of acute care rate which increases the rate $59.97 per day; and we're asking the physician revenues be excluded from the CON calculations which would increase the rate $1.45 per day in acute care.

Questions and comments. Randall Schlapia explained the staff's position on these issues.

Debra Pohlman asked if she's clear in understanding that the facility is in agreement with what has been proposed under the staff's recommendation but also wanted to present these concerns. Mr. Michiels and Mr. Franz stated that was correct.

Jack Nielson continued to explain the use of the MR014.

Break - 1:05   Back in session - 1:30

f.   Alaska Psychiatric Institute - FY 2002

No facility representative was present.

Randall Schlapia presented staff's recommendation to establish the Medicaid psychiatric acute care rate for Alaska Psychiatric Institute at $716.25 per day in accordance with 7AAC 43.685(b) and 7AAC 43.687 effective for the period commencing July 1, 2001 through no later than September 30, 2001. The lump sum first quarter DSH payment for fiscal year 2002 had determined for the qualifying date of June 1, 2001 is $2,288,686.00 for the period July 1, 2001 through September 30, 2001. The staff recommendation only went through September 30, 2001 because we anticipate a change in the DSH regulations and the rate will change October 1, so we only need the rate to here.

No questions or comments.

g. Bartlett Regional Hospital - FY 2002

Facility was represented by Garth Hamblin, Finance Officer for Bartlett Regional Hospital.

Randall Schlapia presented staff recommendation to establish the Medicaid inpatient acute care rate for Bartlett Regional Hospital at $1,543.35 per day in accordance with 7AAC 43.685(b) effective for the period commencing July 1, 2001 through no later than June 30, 2002. Establish the Medicaid outpatient rate for Bartlett Regional Hospital at 81.87% of charges in accordance with 7AAC 43.685(c) effective for the period commencing July 1, 2001 through no later than June 30, 2002.

Garth Hamblin stated they wrote a letter raising a couple of issues. The issue of the lower cost or charges is something that we commented on repeatedly during the time the new rate setting system was under development. Argued that this was done similar to Medicare testing on the total facility or an aggregate basis. The impact of this issue is a quarter of a million dollars a year. Now we're going to be locked into a rate for the next several years so it's an issue that represents pretty big dollars. He continued to explain the reasons for their disagreement with this issue.

The other issue we raise is the issue of clinic cost in our 1999 cost report, which was the basis for this. We have some costs that we record on our Medicare cost report that are nonreimbursable cost center. It's our understanding that those rates are allowable for Medicaid rate setting purposes. The response we got back from staff was that since there wasn't an audit of these years, they're not in a position to review those numbers. It's an issue we've dealt with in the past. We would ask that staff, without having to do a full audit, take a look at those amounts. It's a matter of reviewing the dollar amounts and reflecting in this new rate setting the treatment that we've done previously.

Randall Schlapia stated that we understand what staff understands to be our restrictions on lower cost or charges. As far as the clinic costs, that cost center has been one, if you look over a period of time, where it has changed its service mix in those centers. It hasn't always been just "take that cost, put it up there". It requires some level of procedure. And it's true that focusing on one area would not take that much of an audit -- it would not. But the purpose was for these facilities not to do audits. This might be one place where this facility would like to have had us review, but then if we go into " where does that facility want us to review" and "let's put our own in" then we're back to where we started from. We'd get right back into what we wanted to avoid in a simplified system and that's audits.

Debra Pohlman had a question concerning institutions asking to be rebased so they're not stuck with what's recommended 4 years out and with no change.

Jack Nielson explained the way the rate setting system is structured, concerning when rebasing would occur.

Questions and discussion.

h.     Central Peninsula General Hospital - FY 02

Facility was represented by Donna Herbert, Financial Consultants of Alaska.

Randall Schlapia presented staff's recommendation to establish the Medicaid inpatient acute care rate for Central Peninsula General Hospital at $1,559.13 per day in accordance with 7AAC 43.685(b) effective for the period commencing July 1, 2001 through no later than June 30, 2002. Establish the Medicaid outpatient rate for Central Peninsula General Hospital at 66.60% of charges in accordance with 7AAC 43.685(c) effective for the period commencing July 1, 2001 through no later than June 30, 2002.

Donna Herbert stated that Central Peninsula General Hospital is going to take the rate that is presented.

i.     Cordova Community Medical Center - FY 02

Facility was represented by Marty Michiels and Donna Herbert, Financial Consultants of Alaska and John Vowell, Cordova Community Medical Center.

Randall Schlapia presented staff's recommendation to establish the Medicaid inpatient acute care rate for Cordova Community Medical Center at $1,483.83 per day in accordance with 7AAC 43.685(b) effective for the period commencing July 1, 2001 through no later than June 30, 2002. Establish the Medicaid outpatient rate for Cordova Community Medical Center at 100% of charges in accordance with 7AAC 43.685(c) effective for the period commencing July 1, 2001 through no later than June 30, 2002. Further, establish the Medicaid long-term care rate for Cordova Community Medical Center at $609.82 per day in accordance with 7AAC 43.685(e) effective for the period commencing July 1, 2001 through no later than June 30, 2002.

Marty Michiels stated that the facility disagrees with the current proposed rates, inpatient $1483.83 per day, long-term care $609.82 per day. He wanted to highlight the impacts. The impacts of lower cost or charge was to impact the rate by $455.39 per day, which has an impact of $12,751 per year for each of the next four years. The biggest impact on this rate is on the long-term care side. The facility sort of lives and dies by its long-term care rate and its Medicaid