population. He continued to explain the calculation on the ancillary portion of the long-term care rate. In this instance, staff deemed that they did not have the necessary information as of the June 15 regulatory cut-off date, so rather than utilizing 1999 total payer ancillary revenue calculation, staff utilized 1998 figures in that instance, and they also utilized 1998 ratio cost to charges, rather than using the 1999 total payer data. So the 2002 rate is being set one more year back than what's supposed to be. 1999 is what's supposed to be used as the base. The impact was to impact the rate from $609.82, which is being proposed, to $620.25, if the correct 1999 data had been utilized. And that's an impact of $26,211 per year for each of the next four years. He referred to regulation site 7AAC 43.685(a)(4).

Mr. Michiels distributed information - Revenue Recap and data from 11/00 ASHNHA meeting.

Mr. Michiels concluded by asking for the lower cost or charge restriction be removed that would take the rate up to an inpatient rate of $1939.22 per day and to reset the long-term care rate using the 1999 data as opposed to the 1998 data, since that's the data that was available to staff when the rate was set. That would set the rate at $620.25.

John Vowell stated that when he came to Cordova approximately a year ago, these were recognized as major issues. He stated that being tied into a four year rate is a devastating prospect. Some flexibility in relationship to rebasing these adjustments is something that should be very strongly considered.

Comments and discussion

Nancy Cornwell supports staff's determination in this regard and encourages facilities to try to comply with keynote requirements in regulations.

j.  Ketchikan General Hospital - FY 2002

Facility was represented by Marty Michiels.

Randall Schlapia presented staff's recommendation to establish the Medicaid inpatient acute care rate for Ketchikan General Hospital at $1,675.85 per day in accordance with 7AAC 43.685(b) effective for the period commencing July 1, 2001 through no later than June 30, 2002. Establish the Medicaid outpatient rate at 100% of charges in accordance with 7AAC 43.685(c) effective for the period commencing July 1, 2001 through no later than June 30, 2002. Further, establish the Medicaid long-term care rate at $526.79 per day in accordance with 7AAC 43.685(e) effective for the period commencing July 1, 2001 through no later than June 30, 2002.

EXHIBIT F
Page 10 of 13

Mr. Michiels stated the information used in this rate came from 1998 as opposed to 1999, and again we're dealing with this June 15 regulatory cut-off date. The first issued that impacted was the certificate of need add-on data that would have been utilized to determine the splits between inpatient, outpatient nonreimbursable allocations of the CON capital. With the use of 1998 as opposed to 1999 data would have an impact of $2.62 per day. There were also some allocations to home care and hospice and nonreimbusable areas which the facility did not believe should have been allocated to these patient care reimbursable type assets that were being added. No additions were being added in the CON for home care/hospice type areas. Mr. Michiels referenced previous presentations concerning inpatient ancillary portion of acute care rate. He continued to explain the facility's presentation concerning these issues.

Mr. Michiels summarized by asking that the CON Add-on be corrected for use of 1999 revenues which would increase the rate by $2.62 per day; that for the inpatient ancillary acute care portion of the rate, that the MR014 ancillary charges be utilized since it's known paid ancillary data, and that changes the rate by $59.33 per day; that the long term care ancillary portion of the rate utilize 1999 data and increase the rate by $.85 per day; remove the Lower Cost or Charge restriction long term care and increase the rate $.85 per day.

Questions and Discussion

k.  Petersburg Medical Center - FY 02

Facility Representative was not present.

Randall Schlapia presented staff's recommendation. Based on the facility's election to have its rate established under 7AAC 43.689 with 7AAC 43.685 base, the rate per day for acute care services for Petersburg Medical Center be established by contract for each of these years; 2002, 2003, 2004 and 2005 beginning July 1 and ending June 30 as follows: For 2002, $1,509.33; for FY 2003, $1,549.50; for FY 2004, $1,590.82; for FY 2005, $1,633.32. That the outpatient rate for the Medicaid program be established at 100% in accordance with 7AAC 43.685 and 7AAC 43.689 for the fiscal years 2002, 2003, 2004 and 2005. Further, based on the facility's election to have its rates established under 7AAC 43.689 and 7AAC 43.685 base, the rate per day for long term care services for Petersburg Medical Center be established by contract for each of these years; 2002, 2003, 2004 and 2005 beginning July 1 and ending June 30 as follows: for FY 2002, $296.05; for FY 2003, $304.25; for FY 2004, $312.69; for FY 2005, $321.37.

Debra Pohlman asked if the facility accepted this.

- 11 -

EXHIBIT F
Page 11 of 13

  Mr. Schlapia stated that they had requested this rate and knew what it was. They agreed that they wanted the contract.

l. Providence Seward Medical Center - FY 2002

  No facility representative was present.

  Randall Schlapia presented staff's recommendation. Based on the facility's election to have its rates established under 7AAC 43.689 and 7AAC 43.685 base, the rate per day for acute care services for Providence Seward Medical Center be established by contract for each of these years; 2002, 2003, 2004 and 2005 beginning July 1 and ending June 30 as follows: for FY 2002, $4,713.93; for FY 2003, $4,843.46; for FY 2004, $4,976.76; for FY 2005, $5,113.91. That the outpatient rate for the Medicaid program be established at 100% in accordance with 7AAC 43.685 and 7AAC 43.689 for the fiscal years 2002, 2003, 2004 and 2005.

  Mr. Schlapia stated he spoke with Jane Griffith and she was in agreement with this since they elected to do this.

m. Wesley Rehabilitation and Care Center - FY 2002

  No facility representative was present.

  Randall Schlapia presented staff's recommendation to establish the Medicaid long-term care rate for Wesley Rehabilitation and Care Center at $288.14 per day in accordance with 7AAC 43.685(e) effective for the period commencing July 1, 2001 through no later than June 30, 2002.

  Mr. Schlapia had spoken with Donna Herbert and she stated that Wesley Rehabilitation and Care Center was in agreement with this rate.

n. Galena Health Center - FY 2002

  No facility representative was present.

  Randall Schlapia presented staff's recommendation that the rate per visit for Galena Health Center be set at $63.14 per visit in accordance with 7AAC 43.685(h) for the period commencing July 1, 2001 through no later than June 30, 2002.

o. Iliuliuk Family and Health Services - FY 2002

  No facility representative was present.

        Randall Schlapia presented staff's recommendation that the rate per visit for Iliuliuk Family and Health Services be set at $63.14 per visit in accordance with 7AAC 43.685(h) for the period July 1, 2001 through no later than June 30, 2002.

   p.   Whittier Medical Clinic - FY 2002

        No facility representative was present

        Randall Schlapia presented staff's recommendation that the rate per visit for Whittier Rural Health Clinic be set at $63.14 per visit in accordance with 7AAC 43.685(h) for the period commencing July 1, 2001 through no later than June 30, 2002.

   q.   Yakutat Community Health Center - FY 2002

        No facility representative was present.

        Randall Schlapia presented staff's recommendation that the rate per visit for Yakutat Community Health Center be set at $63.14 per visit in accordance with 7AAC 43.685(h) for the period commencing July 1, 2001 through no later than June 30, 2002.

9.   EXECUTIVE DIRECTOR'S REPORT

Jack Nielson presented the handout the staff prepares that describes the rates that they actually set in comparison with the commission recommended rates. He explained the discrepancies in some of the rates.

The next Medicaid Rate Advisory Commission meeting was scheduled for August 31, 2001.

10.   ITEMS FROM THE FLOOR

There were no items from the floor.

11.   ITEMS FROM THE COMMISSION

Nancy Cornwell expressed her concern about long term care rates in some facilities being very expensive. Debra Pohlman explained some of the challenges in rural areas concerning the lack of available space in long term care facilities and the expense of financing these facilities.

12.   ADJOURNMENT

The meeting adjourned at 3:00 p.m.