# STATE OF ALASKA
## DEPT. OF HEALTH & SOCIAL SERVICES
### MEDICAID RATE ADVISORY COMMISSION

TONY KNOWLES, GOVERNOR

☐ 4710 BUSINESS PARK BLVD., STE 44
ANCHORAGE, ALASKA 99503-7100
PHONE: (907) 563-4996
FAX:   (907) 563-7309

(907) 334-2463

August 30, 2001

Mr. Robert Reed, Branch Chief
Medicaid Branch
Center for Medicaid and State Operations
RX-43
2201 Sixth Avenue
Seattle, Washington 98121

Dear Mr. Reed:

The State of Alaska submitted state plan amendment (SPA) transmittal number (TN) 01-003 effective for the period beginning January 1, 2001. Additional information was requested by the Center for Medicaid and State Operations. Below are the State's responses to those inquiries:

<u>Public Notice</u>

Inquiry:   Please explain how this amendment has met the public process requirements at 1902(a)(13)(A) and the public notice requirements in 42 CFR 447.205.

Response:  Public hearings for the SPA were held on August 18, 2000 and September 1, 2000. Public notices were published in Anchorage, Fairbanks and Juneau on July 19 & 20, 2000, and on August 22 & 23, 2000.

<u>Form HCFA 179</u>

Inquiry:   In section 7, the State's response to the Federal impact is not clear.

Response:  The SPA is considered budget neutral. As we were requested to do in SPA 01-004, please make the following pen & ink changes:

   Box 7, line a. - change 51,500 to 0
           line b - change year from 2001 to 2002 and list the amount as 0

Inquiry:   Section 15 appears to have the incorrect date.

Response:  The State authorizes a pen & ink change from September 29, 2000 to March 30, 2001.

EXHIBIT H
Page 1 of 3


Printed on Recycled Paper

State Response on SPA 01-003
Page 2

### Methods & Standards

Inquiry: Section IVc, second paragraph refers to outpatient hospital reimbursement. The SPA outlines reimbursement for inpatient services only. Please authorize a pen and ink change.

Response: The State authorizes the following pen & ink changes to Section IVc, second paragraph by deleting the following language:

and the outpatient payment percentage

and outpatient payment percentages

and the outpatient percentages are the statewide weighted average using the base year's outpatient charges

Inquiry: Section V allows for all or part of the year-end review to be waived if the facility provides proof of manifest injustice. Please describe in the plan language what is meant by manifest injustice.

Response: The following language has been added to Section V:

The department may waive all or part of the year-end review adjustment calculated if the facility provides proof of manifest injustice resulting from the application of year-end review. Manifest injustice is based upon consideration of the following factors:

1. whether the facility has taken effective measures to control costs in response to the situation upon which the waiver is based;

2. whether the waiver request contradicts a prior action of the department as to an element of the facility's established rate;

3. whether the waiver would result in the payment for only allowable cost of services authorized by the division of medical assistance under state or federal laws;

4. whether the situation upon which the waiver request is based results from the provision of direct patient care or from prudent management actions improving the financial viability of the facility to provide patient care.

### Upper Payment Limit

Inquiry: The State should be asked to demonstrate that its upper payment limit analysis takes into account the January 12, 2001 final rule changes.

**EXHIBIT H**
Page 2 of 3

State Response on SPA 01-003
Page 3

Response:   Enclosed with this letter is the State's upper limit analysis using the final rule changes reflected in 42 CFR 447.272.

Due to the additional language in Section V, the pagination has changed. Included with this response is a complete copy of the SPA reflecting the changes made.

If there are any further questions please contact Jack Nielson at (907) 334-2447 or Neal Kutchins at (907) 334-2467.

Sincerely,

*Bob Labbe*

Bob Labbe
Director

Cc: Jack Nielson