

**FRAN ULMER**
LIEUTENANT GOVERNOR
STATE OF ALASKA



RECEIVED
APR 1 2 2001
MEDICAID RATE
ADVISORY COMMISSION

MEMORANDUM

OFFICE OF THE LIEUTENANT GOVERNOR

DATE: December 4, 2000

TO: ELMER LINDSTROM, DEPARTMENT CONTACT, HEALTH & SOCIAL SERVICES

FROM: Carol Collins CC
Special Assistant, Administrative Code Coordinator

SUBJECT: Permanent Filing of Regulation(s)

MEDICAID FACILITY PAYMENT
RATE-SETTING REVISIONS
7 AAC 43.107(d); 7 AAC 43.673 - 7 AAC 43.709

| | |
|---|---|
| Date regulation signed by Lieutenant Governor (or designee) | 11/30/2000 |
| Date regulation effective | 12/30/2000 |
| Attorney General File No. | 993.00.0155 |
| Regulation will be printed in | Register 156, January 2001 |

ATTACHMENTS

1. Signed Adoption Order/Certification of Compliance         X
2. Designee's Certificate if applicable                       N/A

EXHIBIT I
Page 1 of 3

Exhibit P
Page 1 of 51

P.O. Box 110015   Juneau, Alaska 99811-0015   Phone (907) 465-3520   Fax (907) 465-5400

ORDER ADOPTING, READOPTING, AMENDING, AND REPEALING REGULATIONS OF
THE DEPARTMENT OF HEALTH AND SOCIAL SERVICES

The attached 46 pages of regulations, dealing with Alaska's Medical Assistance rates and payments to facilities, are hereby adopted and certified to be a correct copy of the regulations that the Department of Health and Social Services amends, repeals and readopts under authority of AS 47.05.010, AS 47.07.040, and AS 47.07.070 and after compliance with the Administrative Procedure Act (AS 44.62), specifically including notice under AS 44.62.190 and AS 44.62.200 and opportunity for public comment under AS 44.62.210.

This action is not expected to require an increase or decrease in appropriations or any change in annual aggregate expenditures.

In considering public comments, the Department of Health and Social Services paid special attention to the cost to private persons of the regulatory action being taken.

The regulations adopted under this order take effect on the 30th day after they have been filed by the lieutenant governor as provided in AS 44.62.180.

DATE: _Nov 30, 2000_
Juneau, Alaska

_____
Karen Perdue
Commissioner
Department of Health and Social Services

FILING CERTIFICATION

I, _Fran Ulmer_____, Lieutenant Governor for the State of Alaska, certify that on _Nov 30_____, 2000, at _4:20 p_.m., I filed the attached regulations according to the provisions of AS 44.62.040 - 44.62.120.

_____
Lieutenant Governor

Effective _December 30, 2000_

Register _156, January 2001_.

EXHIBIT I
Page 2 of 3

Exhibit P

ORDER ADOPTING, READOPTING, AMENDING, AND REPEALING REGULATIONS OF
THE DEPARTMENT OF HEALTH AND SOCIAL SERVICES

The attached 46 pages of regulations, dealing with Alaska's Medical Assistance rates and payments to facilities, are hereby adopted and certified to be a correct copy of the regulations that the Department of Health and Social Services amends, repeals and readopts under authority of AS 47.05.010, AS 47.07.040, and AS 47.07.070 and after compliance with the Administrative Procedure Act (AS 44.62), specifically including notice under AS 44.62.190 and AS 44.62.200 and opportunity for public comment under AS 44.62.210.

This action is not expected to require an increase or decrease in appropriations or any change in annual aggregate expenditures.

In considering public comments, the Department of Health and Social Services paid special attention to the cost to private persons of the regulatory action being taken.

The regulations adopted under this order take effect on the 30th day after they have been filed by the lieutenant governor as provided in AS 44.62.180.

DATE: _NoN 30, 2000_
Juneau, Alaska

_Karen Perdue_
Karen Perdue
Commissioner
Department of Health and Social Services

FILING CERTIFICATION

I, _Fran Ulmer_, Lieutenant Governor for the State of Alaska, certify that on _Nov 30_, 2000, at _4:20 p_.m., I filed the attached regulations according to the provisions of AS 44.62.040 - 44.62.120.

_Fran Ulmer_
Lieutenant Governor

Effective _December 30, 2000_

Register _156, January 2001_.

**EXHIBIT I**
Page 3 of 3

Exhibit _P_
Page _3_ of _51_