# Anchorage Daily News
# Affidavit of Publication

1001 Northway Drive, Anchorage, AK 99508

AUG 01 2000      7/20/2000

| AD # | DATE | PURCHASE ORDER | EDITION | ACCOUNT | PRICE PER DAY |
|---|---|---|---|---|---|
| 476086 | 7/19/200 | 01-019 | DN | STOF0720 | $189.63 |
|  | 7/20/200 | 01-019 | DN | STOF0720 | $189.63 |

$379.26

**STATE OF ALASKA**
**THIRD JUDICIAL DISTRICT**

Eva Alexie, being first duly sworn on oath deposes and says that she is an advertising representative of the Anchorage Daily News, a daily newspaper.

That said newspaper has been approved by the Third Judicial Court, Anchorage, Alaska, and it now and has been published in the English language continually as a daily newspaper in Anchorage, Alaska, and it is now and during all said time was printed in an office maintained at the aforesaid place of publication of said newspaper. That the annexed is a copy of an advertisement as it was published in regular issues (and not in supplemental form) of said newspaper on the above dates and that such newspaper was regularly distributed to its subscribers during all of said period. That the full amount of the fee charged for the foregoing publication is not in excess of the rate charged private individuals.

Signed _Eva Alexie_

Subscribed and sworn to me before this date:
_July 25, 2000_

Notary Public in and for the State of Alaska.
Third Division. Anchorage, Alaska

MY COMMISSION EXPIRES: _Feb 8, 2004_

_P. Bullock_

---

**NOTICE OF PROPOSED CHANGES IN THE REGULATIONS OF THE ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES**

Notice is given that the State of Alaska, Department of Health and Social Services, to improve and streamline the hospital and long-term care facility methods, standards and processes for setting payment rates, to extend the current methodology for calculating payments rates for outpatient surgical centers and rural health clinics, and to establish payment rates for critical access hospitals based on costs, proposes to amend, repeal and readopt regulations in Title 7 of the Alaska Administrative Code, dealing with Alaska's medical assistance rates and payments to facilities, to implement, interpret or make specific AS 47.05.010, AS 47.07.040, AS 47.07.070, AS 47.07.071; AS 47.07.073 AS 47.07.074, and AS 47.07.180, as follows:

7 AAC 43.673, 7 AAC 43.676, 7 AAC 43.679, 7 AAC 43.686, 7 AAC 43.689, 7 AAC 43.693, and 7 AAC 43.701 will be amended, 7 AAC 43.680, 7 AAC 43.683, 7 AAC 43.685, 7 AAC 43.691 and 7 AAC 43.709 will be repealed and readopted, to adopt revised definitions, methods, procedures and standards for setting payment rates, including expanding, revising, and extending the Optional Payment Rate Methodology and Criteria for Small Facilities.

7 AAC 43.695, dealing with OBRA '87-related continuing education for nurse aides, will be repealed.

Notice is also given that any person interested may present written comments relevant to the proposed action, including the potential costs of complying with the proposed action, by writing to Jack Nielson, Executive Director, Medicaid Rate Advisory Commission, 4710 Business Park Boulevard, Suite 44, Anchorage, Alaska 99503, so that they are received no later than August 18, 2000. Additionally, any interested person may present oral or written comments relevant to the proposed action, including the potential costs to private persons of complying with the proposed action, at a hearing to be held in the Health Facilities Licensing and Certification conference room, 4730 Business Park Boulevard, Suite 18, Anchorage, Alaska at 10:00 a.m. on August 18, 2000.

If you are a person with a disability who may need a special accommodation in order to participate in the process on the proposed regulations, please contact Barbara Hittin at (907) 561-2171 no later than August 11, 2000 to ensure that any necessary accommodations can be provided.

It is estimated that this action will require no increase in annual appropriations and annual aggregate expenditures.

Copies of the proposed regulations may be obtained by writing to Alaska Department of Health and Social Services, Division of Medical Assistance, Medicaid Rate Advisory Commission, 4710 Business Park Boulevard, Suite 44, Anchorage, Alaska 99503 or may be viewed at the same location.

After the close of the public comment period, the Department of Health and Social Services will either adopt these or other proposals dealing with the same subject, without further notice, or decide to take no action on them. The language of the final regulations may vary from that of the proposed regulations. You should comment during the time allowed if your interests could be affected.

Date: 7-17-00
/s/ Jay Livey, Deputy Commissioner
Department of Health & Social Services

Pub.: July 19, 20, 2000

**EXHIBIT J**
**Page 1 of 6**

RECEIVED
SEP - 6 2000
MEDICAID RATE
ADVISORY COMMISSION

# Anchorage Daily News
## Affidavit of Publication

1001 Northway Drive, Anchorage, AK 99508

8/23/2000

| AD # | DATE | PURCHASE ORDER | EDITION | ACCOUNT | PRICE PER DAY |
|---|---|---|---|---|---|
| 521033 | 8/22/200 | 01-062 | DN | STOF0720 | $252.84 |
|  | 8/23/200 | 01-062 | DN | STOF0720 | $252.84 |
|  |  |  |  |  | $505.68 |

STATE OF ALASKA
THIRD JUDICIAL DISTRICT

Eva Alexie, being first duly sworn on oath deposes and says that she is an advertising representative of the Anchorage Daily News, a daily newspaper.

That said newspaper has been approved by the Third Judicial Court, Anchorage, Alaska, and it now and has been published in the English language continually as a daily newspaper in Anchorage, Alaska, and it is now and during all said time was printed in an office maintained at the aforesaid place of publication of said newspaper. That the annexed is a copy of an advertisement as it was published in regular issues (and not in supplemental form) of said newspaper on the above dates and that such newspaper was regularly distributed to its subscribers during all of said period. That the full amount of the fee charged for the foregoing publication is not in excess of the rate charged private individuals.

Signed _Eva Alexie_

Subscribed and sworn to me before this date:
_August 25, 2000_

Notary Public in and for the State of Alaska.
Third Division. Anchorage, Alaska

MY COMMISSION EXPIRES: _Feb 8, 2004_

_P. Bullock_

---

**SUPPLEMENTAL NOTICE OF PROPOSED CHANGES IN THE REGULATIONS OF THE ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES**

Notice is given that the State of Alaska, Department of Health and Social Services, to improve and streamline the hospital and long-term care facility methods, standards and processes for setting payment rates, to extend the current methodology for calculating payment rates for outpatient surgical centers and rural health clinics, and to establish payment rates for critical access hospitals based on costs, proposes to amend, repeal and readopt regulations in Title 7 of the Alaska Administrative Code, dealing with Alaska's medical assistance rates and payments to facilities, to implement, interpret or make specific AS 47.05.010, AS 47.07.040, AS 47.07.070, AS 47.07.071, AS 47.07.073, AS 47.07.074 and AS 47.07.180, as follows:

7 AAC 43.673, 7 AAC 43.676, 7 AAC 43.679, 7 AAC 43.686, 7 AAC 43.689, 7 AAC 43.693, and 7 AAC 43.701 will be amended, 7 AAC 43.680, 7 AAC 43.683, 7 AAC 43.685, 7 AAC 43.691 and 7 AAC 43.709 will be repealed and readopted, to adopt revised definitions, methods, procedures and standards for setting payment rates, including expanding, revising, and extending the Optional Payment Rate Methodology and Criteria for Small Facilities.

7 AAC 43.695, dealing with OBRA '87-related continuing education for nurse aides, will be repealed.

This is a SUPPLEMENTAL NOTICE adding to the NOTICE OF PROPOSED CHANGES that was issued on July 17, 2000 concerning this proposed regulation. This SUPPLEMENTAL NOTICE is being issued to extend the written and oral comment period to September 1, 2000.

Notice is also given that any person interested may present written comments relevant to the proposed action, including the potential costs to private persons of complying with the proposed action, by writing to Jack Nielson, Executive Director, Medicaid Rate Advisory Commission, 4710 Business Park Boulevard, Suite 44, Anchorage, Alaska 99503, so that they are received no later than 10:00 a.m. on September 1, 2000. Additionally, any interested person may present oral, either in person or via teleconference, or written comments relevant to the proposed action, including the potential costs to private persons of complying with the proposed action, at a hearing to be held in the Health Facilities Licensing and Certification conference room, 4730 Business Park Blvd, Suite 18, Anchorage, Alaska at 10:00 a.m. on September 1, 2000.

If you wish to participate by teleconference, please contact Barbara Hillin at (907) 273-3261 by August 31, 2000.

A copy of the audio cassette tape of the August 18, 2000 oral comments are available by contacting Barbara Hillin at (907) 273-3261.

If you are a person with a disability who may need a special accommodation in order to participate in the process on the proposed regulations, please contact Barbara Hillin at (907) 273-3261 no later than August 31, 2000 to ensure that any necessary arrangements can be provided.

It is estimated that this action will require no increase in annual appropriations and annual aggregate expenditures.

Copies of the proposed regulations may be obtained by writing to: Alaska Department of Health and Social Services, Division of Medical Assistance, Medicaid Rate Advisory Commission, 4710 Business Park Boulevard, Suite 44, Anchorage, Alaska 99503 or may be viewed at the same location.

After the close of the public comment period, the Department of Health and Social Services will either adopt these or other proposals dealing with the same subject, without further notice, or decide to take no action on them. The language of the final regulations may vary from that of proposed regulations. You should comment during the time allowed if your interests could be affected.

DATE: 8-18-00
/s/ Joy Livey, Deputy Commissioner
Department of Health & Social Services

Pub.: August 22, 23, 2000    AO-01-062

---

EXHIBIT J
Page 2 of 6

# AFFIDAVIT OF PUBLICATION

UNITED STATES OF AMERICA  
STATE OF ALASKA } SS.  
FOURTH DISTRICT

CUSNR. 89516   LEGAL NO. 64515-0

64515 Legal

**NOTICE OF PROPOSED CHANGES IN THE REGULATIONS OF THE ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES**

Notice is given that the State of Alaska, Department of Health and Social Services, to improve and streamline the hospital and long-term care facility methods, standards and processes for setting payment rates, to extend the current methodology for calculating payments rates for outpatient surgical centers, and rural health clinics, and to establish payment rates for critical access hospitals based on costs, proposes to amend, repeal and readopt regulations in Title 7 of the Alaska Administrative Code, dealing with Alaska's medical assistance rates and payments, to facilitate, to implement, interpret or make specific AS 47.05.010, AS 47.07.040, AS 47.07.070, AS 47.07.071, AS 47.07.073, AS 47.07.074 and AS 47.07.180, as follows:

7 AAC 43.673, 7 AAC 43.676, 7 AAC 43.679, 7 AAC 43.686, 7 AAC 43.689, 7 AAC 43.683, and 7 AAC 43.701 will be amended, 7 AAC 43.680, 7 AAC 43.683, 7 AAC 43.685, 7 AAC 43.691 and 7 AAC 43.709 will be repealed and readopted, to adopt revised definitions, methods, procedures and standards for setting payment rates, including expanding, revising, and extending the Optional Payment Rate Methodology and Criteria for Small Facilities.

7 AAC 43.695, dealing with OBRA '87-related continuing education for nurse aides, will be repealed.

Notice is also given that any person interested may present written comments relevant to the proposed action, including the potential costs to private persons of complying with the proposed action, by writing to Jack Nielson, Executive Director, Medicaid Rate Advisory Commission, 4710 Business Park Boulevard, Suite 44, Anchorage, Alaska 99503, so that they are received no later than August 18, 2000. Additionally, any interested person may present oral or written comments relevant to the proposed action, including the potential costs to private persons of complying with the proposed action, at a hearing to be held in the Health Facilities Licensing and Certification conference room, 4730 Business Park Blvd, Suite 18, Anchorage, Alaska at 10:00 a.m. on August 18, 2000.

If you are a person with a disability who may need a special accommodation in order to participate in the process on the proposed regulations, please contact Barbara Hillin at (907) 561-2171 no later than August 11, 2000 to ensure that any necessary accommodations can be provided.

It is estimated that this action will require no increase in annual appropriations and annual aggregate expenditures. Copies of the proposed...

---

Before me, the undersigned, a notary public, this day personally appeared ___HOLLY R. HANSON___, who, being first duly sworn, according to law, says that he/she is an Advertising Clerk of the Fairbanks Daily News-Miner, a newspaper (i) published in newspaper format, (ii) distributed daily more than 50 weeks per year, (iii) with a total circulation of more than 500 and more than 10% of the population of the Fourth Judicial District, (iv) holding a second class mailing permit from the United States Postal Service, (v) not published primarily to distribute advertising, and (vi) not intended for a particular professional or occupational group. The advertisement which is attached is a true copy of the advertisement published in said paper on the following day(s):

___7/19/00___   ___7/20/00___

and that the rate charged thereon is not in excess of the rate charged private individuals, with the usual discounts.

_[signature]_

Subscribed and sworn to before me on this ___31 ST___ day of ___JULY___, ___00___

_[signature]_  
Notary Public in and for the State of Alaska.

My commission expires ___SEPTEMBER 16, 2000___

FORM A007

EXHIBIT J  
Page 3 of 6

# AFFIDAVIT OF PUBLICATION

UNITED STATES OF AMERICA  
STATE OF ALASKA } SS.  
FOURTH DISTRICT

CUSNR. 89516 LEGAL NO. 64734-00

Before me, the undersigned, a notary public, this day personally appeared **HOLLY R HANSON**, who, being first duly sworn, according to law, says that he/she is an Advertising Clerk of the Fairbanks Daily News-Miner, a newspaper (i) published in newspaper format, (ii) distributed daily more than 50 weeks per year, (iii) with a total circulation of more than 500 and more than 10% of the population of the Fourth Judicial District, (iv) holding a second class mailing permit from the United States Postal Service, (v) not published primarily to distribute advertising, and (vi) not intended for a particular professional or occupational group. The advertisement which is attached is a true copy of the advertisement published in said paper on the following day(s):

8/22/00   8/23/00

and that the rate charged thereon is not in excess of the rate charged private individuals, with the usual discounts.

Subscribed and sworn to before me on this **31 ST** day of **AUGUST** 00

Notary Public in and for the State of Alaska.

My commission expires **JUNE 3, 2001**

EXHIBIT J  
Page 4 of 6

FORM A007

---

**64734 Legal**
**SUPPLEMENTAL NOTICE OF PROPOSED CHANGES IN THE REGULATIONS OF THE ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES**

Notice is given that the State of Alaska, Department of Health and Social Services, to improve and streamline the hospital and long-term care facility methods, standards and processes for setting payment rates, to extend the current methodology for calculating payments rates for outpatient surgical centers and rural health clinics, and to establish payment rates for critical access hospitals based on costs, proposes to amend, repeal and readopt regulations in Title 7 of the Alaska Administrative Code, dealing with Alaska's medical assistance rates and payments to facilities, to implement, interpret or make specific AS 47.05.010, AS 47.07.040, AS 07.070, AS 47.07.071, AS 47.07.073, AS 47.07.074 and AS 47.07.180, as follows: 7 AAC 43.673, 7 AAC 43.676, 7 AAC 43.679, 7 AAC 43.686, 7 AAC 43.689, 7 AAC 43.693, and 7 AAC 43.701 will be amended, 7 AAC 43.680, 7 AAC 43.683, 7 AAC 43.685, 7 AAC 43.691 and 7 AAC 43.709 will be repealed and readopted, to adopt revised definitions, methods, procedures and standards for setting payment rates, including expanding, revision, and extending the Optional Payment Rate Methodology and Criteria for Small Facilities. 7 AAC 43.695, dealing with OBRA '87-related continuing education for nurse aides, will be repealed. This is a SUPPLEMENTAL NOTICE adding to the NOTICE OF PROPOSED CHANGES that was issued on July 17, 2000, concerning this proposed regulations. The SUPPLEMENTAL NOTICE is being issued to the extend to the written and oral comment period to September 1, 2000. Notice is also given that any person interested may present written comments relevant to the proposed action, including the potential costs to private persons of complying with the proposed action, by writing to Jack Nielson, Executive Director, Medicaid Rate Ad-

# Affidavit of Publication

RECEIVED

JUL 25 2000

United States of America
State of Alaska
First Division

Invoice#: 0310\514610
AO#: 01-020
700-054

**NOTICE OF PROPOSED CHANGES IN THE REGULATIONS OF THE ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES**

Notice is given that the Alaska Department of Health and Social Services, to improve and streamline the hospital and long-term care facility methods, standards and processes for setting payment rates, to extend the current methodology for calculating payment rates for outpatient surgical centers and rural health clinics, and to establish payment rates for critical access hospitals based on costs, proposes to amend, repeal and readopt regulations in Title 7 of the Alaska Administrative Code, dealing with Alaska's medical assistance rates and payments to facilities, to implement, interpret or make specific AS 47.05.010, AS 47.07.040, AS 47.07.070, AS 47.07.071, AS 47.07.073, AS 47.07.074 and AS 47.07.180, as follows:

7 AAC 43.673, 7 AAC 43.676, 7 AAC 43.678, 7 AAC 43.686, 7 AAC 43.689, 7 AAC 43.693, and 7 AAC 43.701 will be amended; 7 AAC 43.680, 7 AAC 43.683, 7 AAC 43.685, 7 AAC 43.691 and 7 AAC 43.709 will be repealed and readopted, to adopt revised definitions, methods, procedures and standards for setting payment rates, including expanding, revising, and extending the Optional Payment Rate Methodology and Criteria for Small Facilities.

7 AAC 43.695, dealing with OBRA 87-related continuing education for nurse aides, will be repealed.

Notice is also given that any person interested may present written comments relevant to the proposed action, including the potential costs to private persons of complying with the proposed action, by writing to Jack Nielson, Executive Director, Medicaid Rate Advisory Commission, 4710 Business Park Boulevard, Suite 44, Anchorage, Alaska 99503, so that they are received no later than August 18, 2000. Additionally, any interested person may present oral or written comment relevant to the proposed action, including the potential costs to private persons of complying with the proposed action, at a hearing to be held in the Health Facilities Licensing and Certification conference room, 4730 Business Park Blvd, Suite 18, Anchorage, Alaska at 10:00 a.m. on August 18, 2000.

If you are a person with a disability who may need a special accommodation in order to participate in the process on the proposed regulations, please contact Barbara Hillin at (907) 561-2171 no later than August 11, 2000 to ensure that any necessary accommodations can be provided.

It is estimated that this action will require no increase in annual appropriations and annual aggregate expenditures.

Copies of the proposed regulations may be obtained by writing to: Alaska Department of Health and Social Services, Division of Medical Assistance, Medicaid Rate Advisory Commission, 4710 Business Park Boulevard, Suite 44, Anchorage, Alaska 99503 or may be viewed at the same location.

I, .......Angie Walker............... being first duly sworn, oath depose and say: that I am the ........Principle Clerk............ of JUNEAU EMPIRE, a newspaper of general circulation, published in the city of Juneau, State of Alaska; that the publication, of which the annexed is a true copy, was published in said newspaper on the ......19th...... day of ...July............, 2000, and thereafter for........1.... additional days, the last date of publication being ......July 20th......, 2000.

*Angie Walker*

Subscribed and sworn to before me this 20th .... day .....of. July..........., 2000.

*Karlene L. McGill*

Notary Public in and for the State of Alaska



STATE OF ALASKA
OFFICIAL SEAL
Karlene L. McGill
NOTARY PUBLIC
My Commission Expires

EXHIBIT J
Page 5 of 6

# Affidavit of Publication

United States of America
State of Alaska
First Division

AO#: 01-064
Legal #: 800-079

SEP 7 2000

**SUPPLEMENTAL NOTICE OF PROPOSED CHANGES IN THE REGULATIONS OF THE ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES**

Notice is given that the State of Alaska, Department of Health and Social Services, to improve and streamline the hospital and long-term care facility methods, standards and processes for setting payment rates, to extend the current methodology for calculating payments rates for outpatient surgical centers and rural health clinics and to establish payment rates for critical access hospitals based on costs, proposes to amend, repeal, and readopt regulations in Title 7 of the Alaska Administrative Code, dealing with Alaska's medical assistance rates and payments to facilities, to implement, interpret or make specific AS 47.05.010, AS 47.07.040, AS 47.07.070, AS 47.07.071, AS 47.07.073, AS 47.07.074 and AS 47.07.180, as follows:

7 AAC 43.673, 7 AAC 43.676, 7 AAC 43.679, 7 AAC 43.686, 7 AAC 43.689, 7 AAC 43.693, and 7 AAC 43.701 will be amended, 7 AAC 43.680, 7 AAC 43.683, 7 AAC 43.685, 7 AAC 43.691 and 7 AAC 43.709 will be repealed and readopted, to adopt revised definitions, methods, procedures and standards for setting payment rates, including expanding, revising, and extending the Optional Payment Rate Methodology and Criteria for Small Facilities.

7 AAC 43.695, dealing with OBRA '87-related continuing education for nurse aides, will be repealed.

This is a SUPPLEMENTAL NOTICE adding to the NOTICE OF PROPOSED CHANGES that was issued on July 17, 2000 concerning this proposed regulation. The SUPPLEMENTAL NOTICE is being issued to extend the written and oral comment period to September 1, 2000.

Notice is also given that any person interested may present written comments relevant to the proposed action, including the potential costs to private persons of complying with the proposed action, by writing to Jack Nielson, Executive Director, Medicaid Rate Advisory Commission, 4710 Business Park Boulevard, Suite 44, Anchorage, Alaska 99503, so that they are received no later than 10:00 a.m. on September 1, 2000. Additionally, any interested person may present oral, either in person or via teleconference, or written comments relevant to the proposed action, including the potential costs to private persons of complying with the proposed action, at a hearing to be held in the Health Facilities Licensing and Certification conference room, 4730 Business Park Blvd, Suite 18, Anchorage, Alaska at 10:00 a.m. on September 1, 2000.

If you wish to participate by teleconference, please contact Barbara Hillin at (907) 273-3261 by August 31, 2000.

A copy of the audio cassette tape of the August 18, 2000 oral comments are available by contacting Barbara Hillin at (907) 273-3261.

If you are a person with a disability who may need a special accommodation in order to participate in the process on the proposed regulations, please contact Barbara Hillin at (907) 273-3261 no later than August 31, 2000 to ensure that any necessary accommodations can be

I, Stephanie Masse, being first duly sworn, oath depose and say: that I am the Principle Clerk of the JUNEAU EMPIRE, a newspaper of general circulation, published in the city of Juneau, State of Alaska; that the publication, of which the annexed is a true copy, was published in said newspaper on the 22nd day of August, 2000, and thereafter for 1 additional day(s), the last date of publicaton being August 23, 2000.

......*Stephanie Masse*......

Subscribed and sworn to before me this 1st day of September, 2000.

......*Karlene L. McGill*......

Notary Public in and for the State of Alaska.

STATE OF ALASKA
OFFICIAL SEAL
Karlene L. McGill
NOTARY PUBLIC
My Commission Expires 5/16/04

EXHIBIT J
Page 6 of 6