# Bartlett Regional Hospital

3260 HOSPITAL DRIVE • JUNEAU, ALASKA 99801 • TELEPHONE (907) 586-2611

August 17, 2000

Jack Nielson, Executive Director
Medicaid Rate Advisory Commission
4710 Business Park Boulevard, Suite 44
Anchorage, AK 99503

RE: Proposed regulations relating to Medicaid payments to facilities

Dear Mr. Nielson,

    We have worked on a sub-committee of the Alaska State Hospital and Nursing Home Association whose task was reviewing, working on, and responding to the proposed regulations related to changing the methodology for Medicaid payment to facilities. We have also participated in a number of meetings involving representatives of the State of Alaska Department of Health and Social Services where we discussed key issues before the proposed regulations were published. The objectives have seemed to be to simplify the Medicaid reimbursement process by reducing the number of appeals, reducing the number of audits, and providing some certainty moving forward. The initial objectives of striving to create efficiencies for both the state and providers by having a more effective, efficient and fair Medicaid reimbursement system for hospitals and nursing homes seem to be worthy and of interest to all. By relying upon agreed-to base year costs and inflation factors, the proposed system can result in increased predictability and reduced appeals/administrative costs. However, **we cannot support the proposed regulations as we see them** currently. There is simply too much uncertainty as to what the impact to Bartlett Regional Hospital will really be.

    As of this date, it is unclear what or even for sure how we would be paid under the new system. We feel that it is important for the methodology to pay fairly the cost of providing services to Medicaid patients. It is not clear to us that the regulations as proposed will do so. Our reading of the regulations is that from the very first year on the proposed new system, base years costs (1999) would not be inflated forward to the payment year (at least two years out). We start out in the hole so to speak.

    It is unclear when or under what circumstances rebasing, to update costs using more current data, would occur. This is simply left to the department's discretion. We are uncomfortable with and therefore must oppose such a proposal. The period and method for rebasing should be certain.

    A "draft" calculation of some sort showed Bartlett having its per diem rate reduced as a result of a "lower of cost or charges" issue. This comes where there has never been a LCC issue before. Our payment rates have been in the 75 - 80% range over the past several years. The lower of cost or charges test should be applied in the aggregate for the facility. Application in the aggregate is consistent with federal regulations.

EXHIBIT K<br>Page 1 of 2

Jack Nielson, Executive Director, Medicaid Rate Advisory Commission
Comments on Proposed regulations relating to Medicaid payments to facilities

The regulations as proposed deal with "new facilities". While it is not clear what circumstances would qualify a facility as "new", there seems to be a unreasonable delay in shifting from payments based on an average to facility specific data. In fact it appears that no facility specific rate is calculated until all facilities have been rebased and as it currently stands rebasing is done at the department's discretion. This seems unfair and may severely disadvantage those in the "new facility" situation.

ASHNHA has provided detailed comments and recommendations on the proposed regulations. We agree with them and have in fact worked on them. Without rehashing all of the same issues we have tried to reiterate some key concerns. While there seems to be agreement on broad goals, these regulations are clearly not ready for prime time. They need more work. Facilities need specific information so that impacts can be analyzed. Without such information, we must naturally remain concerned, cautious, and even skeptical. Do as ASHNHA has recommended. Make the revisions that are needed in so many key areas. Then solicit more public comment.

Sincerely,
Bartlett Regional Hospital

*Garth M. Hamblin*

Garth M. Hamblin
Chief Financial Officer