DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Susan Daniels
Assistant Attorney General
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5178
Fax: (907) 258-4978
Susan_Daniels@law.state.ak.us

Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY and BOROUGH OF JUNEAU, ALASKA, d/b/a BARTLETT REGIONAL HOSPITAL,<br><br>        Plaintiff,<br>vs.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES OF AMERICA; R.J. RUFF, in his official capacity as REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; and KAREN S. O'CONNOR, in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br>        Defendants. | Case No. 3:04-cv-152 JWS<br><br>STATE OF ALASKA'S MOTION FOR CONSIDERATION ON SHORTENED TIME OF STATE'S MOTION TO INTERVENE<br>[LOCAL RULE 7.2 (c)] |

The State of Alaska ("State") moves the Court to consider its Motion to Intervene on shortened time under Local Rule 7.2(c). This Motion is required because the court has entered a decision and the present parties are in the process of submitting proposed final judgment for the court's signature. Therefore, before the court signs a final judgment in this matter, the State moves to Intervene to present evidence that the State met all notice requirements under state and federal for enactment of regulations setting forth the methodology of rate setting as well as the actual rate setting for 2002. This Motion is supported by the attached Affidavit of Counsel.

This motion is accompanied by a supporting memorandum of law and proposed order.

Dated: 10/6/2006

 /s/     Susan L. Daniels

DAVID W. MÁRQUEZ
ATTORNEY GENERAL
By: Susan L. Daniels
Assistant Attorney General
ABA No. 8306029
1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: (907) 269-5178
Fax: (907) 258-4978
E-mail: Susan_Daniels@law.state.ak.us

**CERTIFICATE OF SERVICE**

It is hereby certified that on this 6th day of October, 2006, a true and correct copy of the foregoing document, the State of Alaska's Motion for Consideration on Shortened Time on State's Motion to Intervene as a Defendant was served via electronic mail on the following parties:

Stephen D. Rose, Esq.
    srose@prestongates.com
    lynney@prestongates.com

Daniel R. Cooper, Jr., Esq.
    daniel.cooper@usjoj.gov
    joy.mcculloch@uskoj.gov
    usaak.ecf@usdoj.gov


  /s/  Keri Hile
Keri Hile, Law Office Assistant
Attorney General's Office