DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Susan Daniels
Assistant Attorney General
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5178
Fax: (907) 258-4978
Susan_Daniels@law.state.ak.us

Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CITY and BOROUGH OF JUNEAU, ALASKA, d/b/a BARTLETT REGIONAL HOSPITAL, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:04-cv-152 JWS |
| vs. | ) ) | |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES OF AMERICA; R.J. RUFF, in his official capacity as REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; and KAREN S. O'CONNOR, in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | STATE OF ALASKA'S AFFIDAVIT OF COUNSEL MOTION FOR CONSIDERATION ON SHORTENED TIME OF STATE'S MOTION TO INTERVENE [LOCAL RULE 7.2 (c)] |

## AFFIDAVIT OF SUSAN L. DANIELS

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

I, Susan L. Daniels, state after being duly sworn and based upon my personal knowledge that:

1. I am the assistant attorney general representing Intervenor Defendant, the State of Alaska, Department of Health and Social Services Division of Medical Assistance, now known as the Medicaid Division in the Bartlett Hospital matter. The state action is currently pending before the Hearing Examiner for the Department of Health and Social Services. Therefore, I have knowledge of the facts of this case.

2. I am Requesting that the State's Motion to Intervene be considered on shortened time under Alaska District Court Local Rule 7.2(c) because the State is attempting to bring to the court's attention evidence showing that the State complied with all state and federal notice requirements in enacting its regulations and State Plan.

3. Because the court issued a decision in this matter stating that the State did not comply with federal notice requirements, the State moves to bring its evidence forward before a final judgment is entered by the court.

4. The undersigned has spoken with both attorney's of record in this action, Mr. Cooper and Mr. Rose. Therefore both attorneys are aware that the State is

filing this motion but neither has had time to consult with their clients regarding the position they will be taking.

      Further this affiant sayeth naught.

                               /s/    Susan L. Daniels