DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Susan Daniels
Assistant Attorney General
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5178
Fax: (907) 258-4978
Susan_Daniels@law.state.ak.us

Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY and BOROUGH OF JUNEAU, ALASKA, d/b/a BARTLETT REGIONAL HOSPITAL, <br><br>        Plaintiff, <br> vs. <br><br> CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES OF AMERICA; R.J. RUFF, in his official capacity as REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; and KAREN S. O'CONNOR, in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, <br>        Defendants. | Case No. 3:04-cv-152 JWS <br><br> PROPOSED ORDER ON MOTION FOR CONSIDERATION ON SHORTENED TIME OF STATE'S MOTION TO INTERVENE <br> [LOCAL RULE 7.2 (c)] |

The State of Alaska ("State") Moved for Consideration of Its Motion to Intervene on Shortened Time under Local Rule 7.2(c), The court, having considered the Motion and all Opposition thereto, hereby

GRANTS The State's Motion For Consideration on Shortened Time

Dated: _____    _____
                                Hon. John W. Sedwick
                                U.S. District Court Judge

**CERTIFICATE OF SERVICE**

It is hereby certified that on this 6th day of October, 2006, a true and correct copy of the foregoing document, the State of Alaska's Proposed Order was served via electronic mail on the following parties:

    Stephen D. Rose, Esq.
        srose@prestongates.com
        lynney@prestongates.com

    Daniel R. Cooper, Jr., Esq.
        daniel.cooper@usjoj.gov
        joy.mcculloch@uskoj.gov
        usaak.ecf@usdoj.gov


    /s/   Keri Hile
Keri Hile, Law Office Assistant
Attorney General's Office