MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**CITY AND BOROUGH OF JUNEAU**     v.   **CENTERS FOR MEDICARE AND**
**d/b/a BARTLETT REGIONAL HOSPITAL**        **SERVICES, REGION 10,** *et al.*

THE HONORABLE JOHN W. SEDWICK        CASE NO. 3:04-cv-00152 JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**        Date:  October 10, 2006

    Defendant has filed a motion for reconsideration at docket 68. Plaintiff is directed to file a response to the motion at docket 68 within 10 days from the date of this order. No reply shall be filed unless requested by the court.