MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| **CITY AND BOROUGH OF JUNEAU** <br> **d/b/a BARTLETT REGIONAL HOSPITAL** | v. | **CENTERS FOR MEDICARE AND SERVICES, REGION 10,** *et al.* |

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:04-cv-00152 JWS

PROCEEDINGS:    **ORDER FROM CHAMBERS**          Date:  October 11, 2006

    The motion at docket 71 to expedite consideration of the motion to intervene is **GRANTED** as follows:  Any opposition to the motion to intervene shall be filed not more than 10 days from the date of this order.  A reply may be filed provided that it is filed not more than 5 days from the filing of the opposition.