STEPHEN D. ROSE
PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE, SUITE 2900
Seattle, WA 98104
(206) 623-7580 (phone)
(206) 623-7022 (fax)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY AND BOROUGH OF JUNEAU, ALASKA, d/b/a/ BARTLETT REGIONAL HOSPITAL,<br><br>                              Plaintiff,<br><br>        v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES OF AMERICA, R.J. HUFF, sued in his official capacity as the REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, AND KAREN S. O'CONNOR, sued in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>                              Defendants. | No. A04-0152 (JKS)<br><br>**NOTICE OF COST BILL HEARING** |

A hearing on the attached cost bill, submitted with regard to Plaintiff Bartlett Regional Hospital, will be held in the Clerk's Office on October 24, 2006, at 9:00a.m.

NOTICE OF COST BILL HEARING - 1

H:\Mckpam\Jennifer\Bartlett Notice of Cost Bill Hearing.doc

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

DATED this 13th day of October, 2006.

                                                PRESTON GATES & ELLIS LLP

                                                By: /s/ Stephen D. Rose
                                                    Stephen D. Rose, AK Bar #8901002
                                                    Attorney for Plaintiff
                                                    Bartlett Regional Hospital

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2006, a true copy of the foregoing was served electronically on:

Daniel R. Cooper, Jr., Esq.
Daniel.cooper@usdoj.gov

/s/ Stephen D. Rose

53742-00001/SDR/SDR_P307R==Notice of Cost Bill Hearing.doc

NOTICE OF COST BILL HEARING - 2

H:\Mckpam\Jennifer\Bartlett Notice of Cost Bill Hearing.doc

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022