K:\53742\00001\SDR\SDR_P207W

Honorable John W. Sedwick

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY AND BOROUGH OF JUNEAU, ALASKA d/b/a BARTLETT REGIONAL HOSPITAL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION TEN *et al.*,<br><br>　　　　Defendants. | No.   3:04-cv-00152 JWS<br><br>AFFIDAVIT OF STEPHEN D. ROSE |

STATE OF WASHINGTON　　)
　　　　　　　　　　　　) ss
County of King　　　　　 )

**STEPHEN D. ROSE**, being first duly sworn, on oath deposes and says:

1. I am one of the attorneys representing Bartlett Regional Hospital, plaintiff, in the matter above-captioned. This affidavit is based upon my personal knowledge and I am competent to testify to the facts stated herein.

2. Attached hereto and incorporated herein by this reference is a copy of the cover page of the transcript of the deposition of Michelle Lyons-Brown, State Plan Coordinator for the State of Alaska. As noted on the cover page, Ms. Lyons-Brown was deposed by the Defendants' attorney on

AFFIDAVIT OF STEPHEN D. ROSE - 1
K:\53742\00001\SDR\SDR_P207H

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

August 24, 2005, in Juneau, Alaska. Ms. Lyons-Brown was represented by Alaska Assistant Attorney General Kelly E. Henriksen, Esq. at this deposition.

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
Stephen D. Rose

SIGNED AND SWORN TO before me on this 20th day of October, 2006.



_____
NOTARY PUBLIC FOR THE
STATE OF WASHINGTON

Jeanine Wiese
[Printed Name]

My appointment expires: 2/28/2010

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2006,
A copy of the foregoing Affidavit of
Stephen D. Rose was served electronically
On the Court and on Daniel R. Cooper, Jr.

s/ Stephen D. Rose

AFFIDAVIT OF STEPHEN D. ROSE - 2

K:\53742\00001\SDR\SDR_P207H

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022