Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CITY AND BOROUGH OF JUNEAU, )
ALASKA, d/b/a BARTLETT )
REGIONAL HOSPITAL, )
)
        Plaintiff, )
)
vs. )
)
CENTER FOR MEDICARE AND )
MEDICAID SERVICES, REGION 10, )
UNITED STATES DEPARTMENT OF )
HEALTH AND HUMAN SERVICES, )
UNITED STATES OF AMERICA, JOHN )
HAMMARLUND, sued in his )
official capacity as the )
ACTING REGIONAL ADMINISTRATOR )
OF REGION 10 FOR THE CENTER )
FOR MEDICARE AND MEDICAID )
SERVICES, and KAREN S. )
O'CONNOR, sued in her official )
capacity as ASSOCIATE REGIONAL )
ADMINISTRATOR, DIVISION OF )
MEDICAID & CHILDREN'S HEALTH, )
REGION 10 FOR THE CENTER FOR )
MEDICARE AND MEDICAID )
SERVICES, )
                 Defendants. )
_____)

Case No. A04-0152 CV (JKS)


DEPOSITION OF MICHELLE LYONS-BROWN
Pages 1 through 121, Inclusive
Taken: Wednesday, August 24, 2005
Place: Juneau, Alaska

Michelle Lyons-Brown * 8-24-2005
CBJ v. CMS * A04-0152 CV (JKS)

Page 2

1  Deposition of MICHELLE LYONS-BROWN
2
3
4              INDEX OF EXAMINATIONS
5                                                    PAGE
6
7  Examination by Mr. Cooper                          5
8  Examination by Mr. Rose                           50
9  Further Examination by Mr. Cooper                109
10 Further Examination by Mr. Rose                  116
11
12
                INDEX OF EXHIBITS
13
   NO.                                              PAGE
14
   Exhibit 1   6/29/01 letter from Ms. Trimble       29
15             to Mr. Labbe
16 Exhibit 2   E-mail series beginning with          33
               4/4/01, Knapp/Hayashi
17
   Exhibit 3   SPA Approval Chronology for Alaska    35
18             SPA 01-002
19 Exhibit 4   3/30/01 letter from Mr. Labbe to      61
               Mr. Reed
20
   Exhibit 5   E-mail series beginning with          72
21             4/2/01, Knapp/Kutchins
22 Exhibit 6   E-mail series beginning with          77
               4/10/01, Knapp/Hayashi
23
   Exhibit 7   6/26/01 letter from Mr. Labbe to      81
24             Mr. Reed
25

Glacier Stenographic Reporters Inc.
glaciersteno@gci.net * 907.789.9028

Michelle Lyons-Brown * 8-24-2005
CBJ v. CMS * A04-0152 CV (JKS)

### Page 3

INDEX OF EXHIBITS

| NO. | | PAGE |
|---|---|---|
| Exhibit 8 | 6/29/01 letter from Ms. Trimble to Mr. Labbe | 92 |
| Exhibit 9 | 11/19/01 e-mail, Price/Knapp, with attachments | 94 |
| Exhibit 10 | E-mail series beginning with 6/30/03, Fico/Lyons-Brown | 98 |
| Exhibit 11 | 4/14/03 e-mail, O'Connor/Fico | 100 |
| Exhibit 12 | 8/25/03 letter from Ms. O'Connor to Mr. Labbe | 104 |
| Exhibit 13 | TN No. 03-04 | 115 |

### Page 4

APPEARANCES:

For the Plaintiff:   ROSE HEALTH LAW GROUP
                     Stephen D. Rose, Esq.
                     P.O. Box 13110
                     Mill Creek, WA  98012

For the Defendants:  U.S. DEPARTMENT OF JUSTICE
                     Daniel R. Cooper Jr., Esq.
                     222 West 7th Ave. #9, Rm. 253
                     Anchorage, AK  99513-7567

For the Deponent:    ATTORNEY GENERAL'S OFFICE
                     Kelly E. Henriksen, Esq.
                     P.O. Box 110300
                     Juneau, AK  99811

BE IT REMEMBERED that, pursuant to Notice of Taking Deposition, and beginning on Wednesday, the 24th day of August, 2005, commencing at the hour of 9:00 a.m. thereof, in the Orca Room, Frontier Suites Airport Hotel, located at 9400 Glacier Highway, Juneau, Alaska, before me, LYNDA BATCHELOR BARKER, Registered Diplomate Reporter and Notary Public in and for the State of Alaska, personally appeared:

MICHELLE LYONS-BROWN

Called as a witness by the defendants, who was thereafter examined and interrogated as hereinafter set forth.

### Page 5

WEDNESDAY, AUGUST 24, 2005
JUNEAU, ALASKA
9:00 A.M.

THE REPORTER: I'll now swear you in. Would you raise your right hand for me, please?
(Oath administered)
THE WITNESS: I do.

MICHELLE LYONS-BROWN

having been first duly sworn by the court reporter to tell the truth, the whole truth, and nothing but the truth, testified as follows:

EXAMINATION

BY MR. COOPER:
Q. Thank you, ma'am. For the record, would you please say your full name and spell your last name?
A. My name is Michelle Lyons-Brown, the last name is spelled L-Y-O-N-S hyphen B-R-O-W-N.
Q. Do you have a telephone number where we can reach you in case we need to talk to you about

### Page 6

this deposition?
A. It's (907) 465-5828.
Q. Ma'am, by whom are you employed?
A. The State of Alaska Department of Health and Social Services.
Q. In what capacity, currently?
A. I am the Medicaid state plan coordinator.
Q. When did you first assume those duties?
A. On April 22nd, 2002.
Q. So a little over three years?
A. Uh-huh.
Q. One of the things I need to tell you is that, because this is being recorded electronically, you have to say "yes" or "no," okay?
A. Okay.
Q. Verbal responses are required. Do you understand that?
A. Yes.
Q. All right. You and I you met yesterday with your lawyer, Ms. Henriksen; is that correct?
A. Yes.
Q. All right. And just to go over a few of the ground rules, once again, you understand that this is not an endurance contest, so if, at any