Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CITY AND BOROUGH OF JUNEAU,      )
ALASKA, d/b/a BARTLETT           )
REGIONAL HOSPITAL,               )
                                 )
            Plaintiff,           )
                                 )
vs.                              )
                                 )
CENTER FOR MEDICARE AND          )
MEDICAID SERVICES, REGION 10,    )
UNITED STATES DEPARTMENT OF      )
HEALTH AND HUMAN SERVICES,       )
UNITED STATES OF AMERICA, JOHN   )
HAMMARLUND, sued in his          )
official capacity as the         )
ACTING REGIONAL ADMINISTRATOR    )
OF REGION 10 FOR THE CENTER      )
FOR MEDICARE AND MEDICAID        )
SERVICES, and KAREN S.           )
O'CONNOR, sued in her official   )
capacity as ASSOCIATE REGIONAL   )
ADMINISTRATOR, DIVISION OF       )
MEDICAID & CHILDREN'S HEALTH,    )
REGION 10 FOR THE CENTER FOR     )
MEDICARE AND MEDICAID            )
SERVICES,                        )
                    Defendants.  )
_____)

Case No. A04-0152 CV (JKS)


DEPOSITION OF MICHELLE LYONS-BROWN
Pages 1 through 121, Inclusive
Taken: Wednesday, August 24, 2005
Place: Juneau, Alaska

Exhibit _____2_____
page ___1___ of ___5___

Michelle Lyons-Brown * 8-24-2005
CBJ v. CMS * A04-0152 CV (JKS)

Page 2

1    Deposition of MICHELLE LYONS-BROWN

2

3

4                    INDEX OF EXAMINATIONS

5                                              PAGE

6

7    Examination by Mr. Cooper                  5

8    Examination by Mr. Rose                   50

9    Further Examination by Mr. Cooper        109

10   Further Examination by Mr. Rose          116

11

12

13                    INDEX OF EXHIBITS

14   NO.                                      PAGE

15   Exhibit 1  6/29/01 letter from Ms. Trimble    29
                to Mr. Labbe

16   Exhibit 2  E-mail series beginning with       33
                4/4/01, Knapp/Hayashi

17

18   Exhibit 3  SPA Approval Chronology for Alaska 35
                SPA 01-002

19   Exhibit 4  3/30/01 letter from Mr. Labbe to   61
                Mr. Reed

20

21   Exhibit 5  E-mail series beginning with       72
                4/2/01, Knapp/Kutchins

22   Exhibit 6  E-mail series beginning with       77
                4/10/01, Knapp/Hayashi

23

24   Exhibit 7  6/26/01 letter from Mr. Labbe to   81
                Mr. Reed

25

Exhibit        2
page ____ 2 of 5

Michelle Lyons-Brown * 8-24-2005
CBJ v. CMS * A04-0152 CV (JKS)

Page 3

INDEX OF EXHIBITS

1
2   NO.                                              PAGE
3
4   Exhibit 8  6/29/01 letter from Ms. Trimble to   92
         Mr. Labbe
5
6   Exhibit 9  11/19/01 e-mail, Price/Knapp,        94
         with attachments
7   Exhibit 10 E-mail series beginning with         98
         6/30/01, Fico/Lyons-Brown
8
    Exhibit 11 4/14/03 e-mail, O'Connor/Fico        100
9
10  Exhibit 12 8/25/03 letter from Ms. O'Connor     104
         to Mr. Labbe
11
    Exhibit 13 TN No. 03-04                         115
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1   A P P E A R A N C E S:
2   For the Plaintiff:      ROSE HEALTH LAW GROUP
                            Stephen D. Rose, Esq.
3                           P.O. Box 13110
                            Mill Creek, WA 98012
4
5   For the Defendants:     U.S. DEPARTMENT OF JUSTICE
                            Daniel R. Cooper Jr., Esq.
6                           222 West 7th Ave. #9, Rm. 253
                            Anchorage, AK 99513-7567
7
8   For the Deponent:       ATTORNEY GENERAL'S OFFICE
                            Kelly E. Henriksen, Esq.
9                           P.O. Box 110300
                            Juneau, AK 99811
10
11
12      BE IT REMEMBERED that, pursuant to Notice of
13  Taking Deposition, and beginning on Wednesday, the
14  24th day of August, 2005, commencing at the hour of
15  9:00 a.m. thereof, in the Orca Room, Frontier Suites
16  Airport Hotel, located at 9400 Glacier Highway,
17  Juneau, Alaska, before me, LYNDA BATCHELOR BARKER,
18  Registered Diplomate Reporter and Notary Public in
19  and for the State of Alaska, personally appeared:
20
21      MICHELLE LYONS-BROWN
22
23  Called as a witness by the defendants, who was
24  thereafter examined and interrogated as hereinafter
25  set forth.

Page 5

1   WEDNESDAY, AUGUST 24, 2005
2   JUNEAU, ALASKA
3   9:00 A.M.
4
5       THE REPORTER:  I'll now swear you
6   in.  Would you raise your right hand for me, please?
7       (Oath administered)
8       THE WITNESS:  I do.
9
10      MICHELLE LYONS-BROWN
11
12  having been first duly sworn by the court reporter to
13  tell the truth, the whole truth, and nothing but the
14  truth, testified as follows:
15
16      EXAMINATION
17
18  BY MR. COOPER:
19      Q.   Thank you, ma'am.  For the record, would
20  you please say your full name and spell your last
21  name?
22      A.   My name is Michelle Lyons-Brown, the
23  last name is spelled L-Y-O-N-S hyphen B-R-O-W-N.
24      Q.   Do you have a telephone number where we
25  can reach you in case we need to talk to you about

Page 6

1   this deposition?
2       A.   It's (907) 465-5828.
3       Q.   Ma'am, by whom are you employed?
4       A.   The State of Alaska Department of Health
5   and Social Services.
6       Q.   In what capacity, currently?
7       A.   I am the Medicaid state plan
8   coordinator.
9       Q.   When did you first assume those duties?
10      A.   On April 22nd, 2002.
11      Q.   So a little over three years?
12      A.   Uh-huh.
13      Q.   One of the things I need to tell you is
14  that, because this is being recorded electronically,
15  you have to say "yes" or "no," okay?
16      A.   Okay.
17      Q.   Verbal responses are required.  Do you
18  understand that?
19      A.   Yes.
20      Q.   All right.  You and I you met yesterday
21  with your lawyer, Ms. Henriksen; is that correct?
22      A.   Yes.
23      Q.   All right.  And just to go over a few of
24  the ground rules, once again, you understand that
25  this is not an endurance contest, so if, at any





Michelle Lyons-Brown * 8-24-2005
CBJ v. CMS * A04-0152 CV (JKS)

Page 23

1  didn't appear to be the same page.
2      Q.    You had a different page in the official
3  state plan than they had in the plan of the Office
4  of Rate Review?
5      A.    Their copy of it.
6      Q.    How did that come to your attention?
7      A.    I was gathering research for a rate
8  appeal to send up there.
9      Q.    Who were the parties to the rate appeal,
10  if you know?
11      A.    Bartlett Regional Hospital, I believe.
12      Q.    That's located here in Juneau, Alaska?
13      A.    Yes.
14      Q.    Before we go down that rabbit track, you
15  mentioned a 4.19-B.  What is 4.19-B?
16      A.    It covers all the methodologies for
17  noninstitutional reimbursements.
18      Q.    And 4.19-A?
19      A.    Is for institutional reimbursements.
20      Q.    And just so our record is clear, when we
21  say "4.19," it's four-decimal-point-one-nine; is
22  that correct?
23      A.    Yes.
24      Q.    Those are attachments to the state plan
25  or a portion of the state plan?

Page 24

1      A.    Actually, the correct terminology for
2  this particular portion of the state plan is
3  Attachment 4.19-A.  It references Section 4.19 of
4  the actual state plan.  The state plan has
5  preprinted pages that offer assurances and they are
6  kind of boilerplate, and then the rest of the detail
7  is in the attachments.
8      Q.    The details are in the attachments?
9      A.    Yes.
10      Q.    And that's where, if I'm a hospital, I
11  go to look to see how much I'm going to be
12  reimbursed, is that right, is over here in the
13  attachments?
14      A.    Well, yes, you would, if you were
15  interested in looking at the state plan.
16  Methodologies are also outlined in regulation, which
17  is a more common place to look for providers.
18      Q.    Now, this discrepancy that you
19  identified between your book and the book in the
20  Office of Rate Review, would that have to do with a
21  page 5 or a page 6 of 4.19-B on a transmittal 01-002
22  from the State of Alaska?
23      A.    Yes, it would.
24      Q.    When you found this, were you somewhat
25  surprised that there was a discrepancy between your

Page 25

1  office official book and the Office of Rate Review
2  book?
3      A.    Not initially.  And the reason is, when
4  I took the job, I did a little bit of work initially
5  to help different agencies who were maintaining
6  different copies, mainly the former Division of
7  Medical Assistance and the Office of Rate Review.  I
8  think it was the Medicaid Rate Commission at that
9  time.  There were a couple other copies out there as
10  well, where people were commenting, workers were
11  commenting that they weren't sure that they had the
12  accurate edition.  Because when state plan
13  amendments come out and they are distributed, some
14  folks didn't have confidence, particularly in
15  Medical Assistance, because there were, like, five
16  or six copies over there.  They didn't have
17  confidence that perhaps the plan had been amended
18  correctly or, you know, the pages got put in, the
19  right pages got taken out.  There was some concern
20  about that.  So initially, no, I wasn't.
21      Q.    So there was kind of a concern that
22  people weren't updating their copy of the state plan
23  properly, or they didn't have all the information?
24      A.    Correct.  And my initial thought was
25  that maybe that was the problem.

Page 26

1      Q.    Could you tell us what steps, if any,
2  you took to kind of try and clean that up?  For
3  instance, did you say to everybody, "Send me your
4  book," or "Destroy your book and I'll send you a
5  copy of mine"?  What did you do?
6      A.    I offered to do that, but prior to doing
7  that, because that's a little labor intensive, I
8  asked for the particular page to be sent or faxed to
9  me.  I don't remember.  And I also -- knowing what
10  the transmittal number was, I could go back and
11  collect the file and take a look at that.  So that's
12  usually where I would start anytime somebody asked
13  about a discrepancy.
14      Q.    01-002, the one that we are concerned
15  about here, when you got this information that there
16  might be a difference, what did you do?  Do you
17  recall?
18      A.    I went to the -- I'm sorry.  Can you ask
19  that question again?
20      Q.    I can try.  When you got the information
21  that there was a discrepancy in this plan -- one
22  page in this plan, 01-002 -- what did you do?  Did
23  you go to your file and --
24      A.    I did go to the file, and I did ask
25  Julia to -- it might have been Mark Ormasen with the

8 (Pages 23 to 26)

Exhibit _____2_____
page _____4___ of _5__

Michelle Lyons-Brown * 8-24-2005
CBJ v. CMS * A04-0152 CV (JKS)

---

**Page 119**

```
 1              A F F I D A V I T
 2
 3
    S T A T E   O F   A L A S K A  )
 4                                 ) ss.
    FIRST JUDICIAL DISTRICT        )
 5
 6
    I have read my within deposition, and the same is true
 7
    and correct save and except any CORRECTIONS as noted on
 8
    the CORRECTIONS PAGE immediately following, attached hereto
 9
    and made part of this deposition transcript.
10
11
12                      _____
                        MICHELLE LYONS-BROWN
13
14
                   SIGNED AND SWORN TO before me this
15
         _____ day of _____, 2005.
16
17
18                      _____
                        Notary Public.
                        My commission expires:
19
20                      _____
21
22
23
24
25
```

---

**Page 121**

```
 1             C E R T I F I C A T E
 2
    S T A T E   O F   A L A S K A  )
 3                                 ) ss.
    FIRST JUDICIAL DISTRICT        )
 4
 5
 6     I, LYNDA BATCHELOR BARKER, Registered Professional
    Reporter and Notary Public duly commissioned and qualified
 7  in and for the State of Alaska, do hereby certify that the
    foregoing proceedings were taken stenographically before
 8  me and thereafter reduced to typewriting by me or at my
    direction;
 9
10     That each witness, if any, before examination was
    first duly sworn by me to testify truthfully; that the
11  transcript of the proceedings is a full, true, and correct
    transcript of the testimony, including questions, answers,
12  objections, statements, motions, and exceptions made and
    taken at the time of the foregoing proceedings.
13     That all documents and/or things marked for
    identification as exhibits to the proceedings have been
14  annexed to and included with said proceedings, unless
    orally waived by the witness and the respective counsel.
15
16     That I am not a relative or employee or attorney
    or counsel of any of the parties in these proceedings,
17  nor a relative or employee of such attorney or counsel,
    and that I am not financially interested in said
18  proceedings or the outcome thereof.
19     IN WITNESS WHEREOF, I have set my hand and
    affixed my Notarial Seal this 31st day of
20  August, 2005.
21
22
                        _____
23                      LYNDA BATCHELOR BARKER, RDR,
                        Notary Public for Alaska.
                        My Commission expires:  5/6/08
24
25
```

---

**Page 120**

```
 1              C O R R E C T I O N S
 2
 3  Pursuant to Rule 30(e) of the Alaska Rules of Civil
    Procedure, upon review of your deposition, you are
 4  entitled to indicate changes or corrections to be
    included and made a part of the original deposition.
 5  Please make all changes or corrections on this sheet,
    showing page and line numbers, the change or
 6  correction and reason for said change or correction.
    Use additional sheets if necessary, sign each one at
 7  the bottom, and include them with this transcript.
    If there are no corrections, please write on this
 8  sheet "None," and sign at the bottom.
 9
    PAGE     LINE          CHANGE/CORRECTION and REASON
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25          Signature here and notarized
            Signature on "Affidavit"
```

Exhibit __2__

page __5__ of __5__

32 (Pages 119 to 121)