Honorable John W. Sedwick

Stephen D. Rose
Dawn R. Kreysar
Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
(206) 623-7580 (phone)
(206) 623-7022 (fax)
srose@prestongates.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY AND BOROUGH OF JUNEAU, ALASKA d/b/a BARTLETT REGIONAL HOSPITAL,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION TEN *et al.*,<br><br>　　　　Defendants. | No.   3:04-cv-00152 JWS<br><br>NOTICE OF FILING CORRECTED VERSION PLAINTIFF'S OPPOSITION TO THE STATE OF ALASKA'S MOTION TO INTERVENE |

Due to a clerical error, Plaintiff hereby submits the attached corrected version of Plaintiff's Opposition to the State of Alaska's Motion to Intervene along with the Affidavit of Stephen Rose, Exhibit 1 and Exhibit 2.

---

NOTICE OF FILING CORRECTED VERSION OF PLAINTIFF'S OPPOSITION TO THE STATE OF ALASKA'S MOTION TO INTERVENE
Case No. 3:04-cv-00152 JWS
Page 1 of 2

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

DATED this 23rd day of October, 2006.

                                              PRESTON GATES & ELLIS LLP

By: /s/ Stephen D. Rose
Stephen D. Rose, ABA #8901002
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
Fax: (206) 623-7022
Email: srose@prestongates.com
Attorney for Plaintiff
Bartlett Regional Hospital

I hereby certify that on October 23, 2006, copies of the foregoing were served electronically on:

Susan Daniels,
Asst. Attorney General, State of Alaska
Susan_Daniels@law.state.ak.us

Daniel R. Cooper, Jr.
Asst. U.S. Attorney
daniel.cooper@usdoj.gov

/s/ Stephen D. Rose

---

NOTICE OF FILING CORRECTED VERSION OF PLAINTIFF'S OPPOSITION TO THE STATE OF ALASKA'S MOTION TO INTERVENE
Case No. 3:04-cv-00152 JWS
Page 2 of 2

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022