Honorable John W. Sedwick

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY AND BOROUGH OF JUNEAU, ALASKA d/b/a BARTLETT REGIONAL HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION TEN *et al.*,<br><br>Defendants. | No. 3:04-cv-00152 JWS<br><br>AFFIDAVIT OF STEPHEN D. ROSE |

STATE OF WASHINGTON   )
                      ) ss
County of King        )

**STEPHEN D. ROSE**, being first duly sworn, on oath deposes and says:

1. I am one of the attorneys representing Bartlett Regional Hospital, plaintiff, in the matter above-captioned. This affidavit is based upon my personal knowledge and I am competent to testify to the facts stated herein.

2. I was one of the attorneys that represented Bartlett Regional Hospital in its administrative appeal of the Medicaid payment rate set for the facility for Fiscal Years 2002 and 2003. *In the Matter of Bartlett Regional Hospital, Medicaid Payment Rate Appeals for FY 2002-2003*, Case No. 2002-MRC-04. Bartlett Regional Hospital filed its appeal of its FY 2002 Medicaid

AFFIDAVIT OF STEPHEN D. ROSE - 1        Exhibit A

K:\53742\00001\SDR\SDR_P207H

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Payment Rates in 2002, and participated in the State Agency hearing held on March 18, 2003. The hearing Examiner issued an Order Staying these proceedings on April 12, 2005. The Order issued by the Hearing Examiner states that the administrative hearing is being stayed pending the prosecution of the case *City and Borough of Juneau, d/b/a Bartlett Regional Hospital v. Center for Medicare and Medicaid Services, Region Ten, et al.*, Federal District Court of Alaska, Case No. A04-0152 CV (JKS). A copy of the Order Granting Stay is attached and marked as Exhibit 1.

3.  Attached hereto, marked at Exhibit 2, and incorporated herein by this reference is a copy of the cover page, page 4, page 6, and page 23 of the transcript of the deposition of Michelle Lyons-Brown, State Plan Coordinator for the State of Alaska. As noted on the cover page, Ms. Lyons-Brown was deposed by the Defendants' attorney on August 24, 2005, in Juneau, Alaska. As noted on page 4, Ms. Lyons-Brown was represented by Alaska Assistant Attorney General Kelly E. Henriksen, Esq. at this deposition.

4.  In Exhibit 2 at page 6, ll. 3-9, Ms. Lyons Brown testifies that she is employed by the State of Alaska, Department of Health and Social Services as the Medicaid State Plan Coordinator.

5.  In Exhibit 2 at page 23, ll. 14-19, Ms. Lyons-Brown testifies that Section 4.19-B of the State Plan concerns **"non-institutional reimbursement"**.

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
Stephen D. Rose

AFFIDAVIT OF STEPHEN D. ROSE - 2    Exhibit A

K:\53742\00001\SDR\SDR_P207H

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

SIGNED AND SWORN TO before me on this 23rd day of October, 2006.



_Jeanine Wiese_
NOTARY PUBLIC FOR THE
STATE OF WASHINGTON

_Jeanine Wiese_
[Printed Name]

My appointment expires: 2/28/2010

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2006,
A copy of the foregoing Affidavit of
Stephen D. Rose was served electronically
On the Court and on Daniel R. Cooper, Jr.
(daniel.cooper@usdoj.gov; joy.mcculloch@usdoj.gov; usaak.ecf@usdoj.gov),
and on the attorney for the State of Alaska,
Susan L. Daniels.
(Susan_Daniels@law.state.ak.us).

s/ Stephen D. Rose

K:\53742\00001\SDR\SDR_P2081

AFFIDAVIT OF STEPHEN D. ROSE - 3    Exhibit A

K:\53742\00001\SDR\SDR_P207H

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022