Exhibit ___1___
page ___1___ of ___2___

RECEIVED
APR 15 2005
ROSE HEALTH LAW

BEFORE THE COMMISSIONER
DEPARTMENT OF HEALTH AND SOCIAL SERVICES
STATE OF ALASKA

In the Matter of

BARTLETT REGIONAL HOSPITAL,
Juneau, Alaska,

Medicaid Rate AppealS for FY 2002 and
FY 2003.

Case No.: 2002-MRC-04 (Consolidated)

## PROPOSED ORDER GRANTING STAY

THIS MATTER having come before the Hearing Examiner on Bartlett Regional Hospital's Motion for a Stay and the Hearing Examiner having considered Bartlett's Motion for a Stay, the Medicaid Staff's Opposition to Stay of Proceedings, and Bartlett's Reply to Staff's Opposition to Motion to Stay Proceedings, and the Hearing Examiner having reviewed a copy of the Compliant in *City and Borough of Juneau, Alaska d/b/a Bartlett Regional Hospital v. Center for Medicare and Medicaid Services, Region 10 et al.*, Federal District Court for the District of Alaska, Case No. A04-0152 CV (JKS); the Hearing Examiner finds as follows:

Weighing the potential for harm if the stay is granted versus the stay not being granted, I find that if the stay is not granted Bartlett Regional Hospital may suffer harm and if the stay is granted, no harm will be suffered by the Medicaid Staff,

ROSE HEALTH LAW GROUP, PLLC
P.O. Box 13110
Mill Creek, Washington 98082-1110
425-806-8292

Case Name/No.: Bartlett Regional Hospital, Juneau, Alaska, Medicaid Rate Appeal for FY 2002 and FY 2003/2002-MRC-04 (Consolidated)
Document Title: Proposed Order Granting Stay
Page 1 of 2
Proposed Order on Mtn for Stay 08132004.doc


ORIGINAL

NOW, THEREFORE, Bartlett Regional Hospital's Motion to Stay the Proceedings is GRANTED pending its prosecution of its case, Case No. A04-0152 CV. Counsel for Bartlett is ordered to keep the Hearing Examiner advised of the progress of its case, Case No. A04-0152 CV, and advise the Hearing Examiner of any substantive rulings issued in that case.

DATED this 12 day of April, 2005.

_____
Patricia Huna-Jines, Hearing Examiner

Exhibit 1
page 2 of 2

Case Name/No.: Bartlett Regional Hospital, Juneau, Alaska, Medicaid Rate Appeal for FY 2002 and FY 2003/2002-MRC-04 (Consolidated)
Document Title: Proposed Order Granting Stay
Page 2 of 2
Proposed Order on Mtn for Stay 08132004.doc

ROSE HEALTH LAW GROUP, PLLC
P.O. Box 13110
Mill Creek, Washington 98082-1110
425-806-8292