NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
daniel.cooper@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY AND BOROUGH OF JUNEAU, ALASKA, d/b/a BARTLETT REGIONAL HOSPITAL,<br><br>    Plaintiff,<br><br>vs.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION TEN, *et.al.*<br><br>    Defendants. | Case No. 3:04-cv-00152-JWS<br><br>DEFENDANTS CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10, *et.al.*, NON-OPPOSITION TO STATE OF ALASKA'S MOTION TO INTERVENE |

      The State of Alaska moved to intervene in this case on October 6, 2006.

[Docket 69].  The defendants, Centers for Medicare and Medicaid Services,

Region 10, *et. al.*, do not oppose the motion because the State of Alaska has a

stake in the outcome of this proceeding, because the State of Alaska is in the unique position of providing evidence to this court on the issue of what public notice, if any, was given, as well as whether the plaintiff had actual notice of the proposed rate increase, and because the State of Alaska has a statutory basis for bringing an action against the named defendants.

Moreover, there are significant differences in the relationships between CMS, the State, and the provider: CMS is the regulator; the State devises and implements the plan, and the provider's fees are set out in the plan.  If this decision stands, the impact to CMS differs from the impact to the state and to the provider.  CMS will suffer no pecuniary loss, nor incur any regulatory changes other than the proposed invalidation of SPA 01-002.  The State, however, may incur pecuniary losses not only with respect to Bartlett, but to all similarly situated providers.

For the foregoing reasons, the CMS defendants do not oppose the State of Alaska's Motion to Intervene.  It is true that the State has waited until the last possible time in which to bring the motion.  However, it is not necessarily true that CMS has had or now has possession of all the documents in the State's files as alleged by Bartlett in its Opposition.  This is not a case where CMS and the State

are one party. Each is a sovereign. Each maintains its own files in accordance with its own regulatory scheme. In the absence of direct evidence that a particular document of the State can be found in the files of CMS, any assertion to that effect is speculation.

RESPECTFULLY SUBMITTED on October 25, 2006.

NELSON P. COHEN
United States Attorney

s/ Daniel R. Cooper, Jr.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2006,
a copy of the foregoing DEFENDANTS
CENTERS FOR MEDICARE AND
MEDICAID SERVICES, REGION 10, et.al.,
NON-OPPOSITION TO STATE OF
ALASKA'S MOTION TO INTERVENE was served
electronically on Susan L. Daniels and Stephen D. Rose.

s/ Daniel R. Cooper, Jr.