MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**CITY AND BOROUGH OF JUNEAU**    v.    **CENTERS FOR MEDICARE AND**
**d/b/a BARTLETT REGIONAL HOSPITAL**         **SERVICES, REGION 10,** *et al.*

THE HONORABLE JOHN W. SEDWICK         CASE NO. 3:04-cv-00152 JWS

PROCEEDINGS:    **ORDER FROM CHAMBERS**         Date:  October 27, 2006

    The court entered an order finding that plaintiff had standing and was entitled to summary judgment at docket 63.  Defendants sought and were given an extension of time in which to file a motion for reconsideration which was then filed at docket 68.  The court solicited a response from plaintiff.  The response was filed at docket 76.  Having examined the parties' papers, the court finds the authorities cited and arguments advanced by plaintiff in its memorandum at docket 76 to be highly persuasive.  Based thereon, the motion for reconsideration at docket 68 is **DENIED.**