CRAIG J. TILLERY
ACTING ATTORNEY GENERAL
Susan Daniels
Assistant Attorney General
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5178
Fax: (907) 258-4978
Susan_Daniels@law.state.ak.us

Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY and BOROUGH OF JUNEAU, ALASKA, d/b/a BARTLETT REGIONAL HOSPITAL, <br><br> Plaintiff, <br><br> vs. <br><br> CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES OF AMERICA; R.J. RUFF, in his official capacity as REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; and KAREN S. O'CONNOR, in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, <br>　　　　　　Defendants. | Case No. 3:04-cv-152 JWS <br><br> STATE OF ALASKA'S POST JUDGMENT LIMITED MOTION TO INTERVENE AS A DEFENDANT |

The State of Alaska ("State") moves for leave to intervene as a defendant in this action, in order to file an appeal of the court's November 6, 2006 judgment.

The State moves to intervene as of right under FRCP 24(a)(2). In the alternative, the State moves to be allowed to intervene permissively under FRCP 24(b)(2).

This motion is accompanied by a supporting memorandum of law and proposed order.

Dated: 12/12/2006

 /s/    Susan L. Daniels

CRAIG J. TILLERY
ACTING ATTORNEY GENERAL
By:  Susan L. Daniels
Assistant Attorney General
ABA No. 8306029
1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: (907) 269-5178
Fax: (907) 258-4978
E-mail: Susan_Daniels@law.state.ak.us

**CERTIFICATE OF SERVICE**

It is hereby certified that on this 12th day of December, 2006, a true and correct copy of the foregoing document, the State of Alaska's Post Judgment Limited Motion to Intervene as a Defendant was served via electronic mail on the following parties:

*Bartlett Hospital v Centers of Medicare, et.al*.                    3:04-cv-152-JKS
Motion to Intervene

2

    Stephen D. Rose, Esq.
       srose@prestongates.com
       lynney@prestongates.com

    Daniel R. Cooper, Jr., Esq.
       daniel.cooper@usjoj.gov
       joy.mcculloch@uskoj.gov
       usaak.ecf@usdoj.gov


   /s/   Keri Hile
Keri Hile, Law Office Assistant
Attorney General's Office