CRAIG J. TILLERY
ACTING ATTORNEY GENERAL
Susan Daniels
Assistant Attorney General
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5178
Fax: (907) 258-4978
Susan_Daniels@law.state.ak.us

Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY and BOROUGH OF JUNEAU, ALASKA, d/b/a BARTLETT REGIONAL HOSPITAL,<br><br>        Plaintiff,<br><br>vs.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES OF AMERICA; R.J. RUFF, in his official capacity as REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; and KAREN S. O'CONNOR, in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>        Defendants. | Case No. 3:04-cv-152 JWS<br><br>PROPOSED ORDER ON STATE ALASKA'S POST JUDGMENT LIMITED MOTION TO INTERVENE AS A DEFENDANT |

The State of Alaska's ("State") Postjudgment motion to intervene as a defendant in this action for the purpose of filing an appeal is

HEREBY GRANTED.

Dated: _____          _____
                                  Hon. John W. Sedwick
                                  U.S. District Court Judge

**CERTIFICATE OF SERVICE**

It is hereby certified that on this 12th day of December, 2006, a true and correct copy of the foregoing document, Proposed Order on the State of Alaska's Post-Judgment Limited Motion to Intervene as a Defendant was served via electronic mail on the following parties:

Stephen D. Rose, Esq.
    srose@prestongates.com
    lynney@prestongates.com

Daniel R. Cooper, Jr., Esq.
    daniel.cooper@usjoj.gov
    joy.mcculloch@uskoj.gov
    usaak.ecf@usdoj.gov

  /s/ Keri Hile
Keri Hile, Law Office Assistant
Attorney General's Office