NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
daniel.cooper@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY AND BOROUGH OF JUNEAU, ALASKA, d/b/a BARTLETT REGIONAL HOSPITAL,<br><br>  Plaintiff,<br><br>vs.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION TEN, *et.al.*<br><br>  Defendants. | Case No. 3:04-cv-152-JWS<br><br>NOTICE OF APPEAL |

Notice is hereby given that the Defendants, Centers for Medicare and

Medicaid Services, Region Ten, United States Department of Health and Human

Services, United States of America, R.j. Ruff, sued in his official capacity as the

Regional Administrator of Region 10 for the Centers for Medicare and Medicaid Services, and Karen S. O'Connor, sued in her official capacity as Associate Regional Administrator, Division of Medicaid & Children's Health, Region 10 for the Centers for Medicare and Medicaid Services, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the judgment entered in this action on November 6, 2006.

RESPECTFULLY SUBMITTED on January 4, 2007.

NELSON P. COHEN
United States Attorney

s/ Daniel R. Cooper, Jr.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2007,
a copy of the foregoing Notice of Appeal was served
electronically on Stephen D. Rose.

s/ Daniel R. Cooper, Jr.