TALIS J. COLBERG
ATTORNEY GENERAL

Susan Daniels
Assistant Attorney General
Office of the Attorney General
1031 W 4th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5178
Fax: (907) 258-4978
Susan_daniels@law.state.ak.us

Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY and BOROUGH OF JUNEAU, ALASKA, d/b/a BARTLETT REGIONAL HOSPITAL, <br><br> Plaintiff, <br><br> vs. <br><br> CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES OF AMERICA; R.J. RUFF, in his official capacity as REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; and KAREN S. O'CONNOR, in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, <br><br> Defendants. | File No. 3:04-cv-152 JWS <br><br> NOTICE OF APPEAL |

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100



RECEIVED
JAN 0 5 2007
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Notice is given that Prosposed Intervenor, State of Alaska, Department of Health and Social Services, Division of Medical Assistance appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of the federal district court for the District of Alaska, dated November 6, 2006, granting summary judgment to Bartlett Hospital, declaring 4.19 B, page 5 of the State's Medicaid Plan relating to outpatient services, invalid.

Dated this 5th day of January, 2007 at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By: *Susan L. Daniels* (signature)
Susan L. Daniels
Assistant Attorney General
Attorney for State of Alaska

1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: (907) 269-5178
Fax: (907) 258-4978

*Bartlett Hospital v Centers of Medicare, et.al.*  3:04-cv-152-JKS
Notice of Appeal

2