Honorable John W. Sedwick

Stephen D. Rose
Dawn R. Kreysar
Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
(206) 623-7580 (phone)
(206) 623-7022 (fax)
srose@prestongates.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY AND BOROUGH OF JUNEAU, ALASKA, d/b/a/ BARTLETT REGIONAL HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES OF AMERICA, R.J. RUFF, sued in his official capacity as the REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, AND KAREN S. O'CONNOR, sued in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>Defendants. | No. 3:04-cv-152 JWS<br><br>JUDGMENT |

JUDGMENT - 1

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1   This action came before the Court, Honorable John W. Sedwick, District Judge, for
2   decision on the plaintiff's motion for summary judgment [Docket 43] and the defendants'
3   cross-motion for summary judgment [Docket 48]. A decision was duly rendered whereby the
4   Court **GRANTED** plaintiff's motion for summary judgment [Docket 43]. The defendants'
5   cross-motion for summary judgment [Docket 48] was **DENIED**.

IT IS THEREFORE ORDERED AND ADJUDGED –

(a) Defendants' purported approval of State Plan Amendment TN 01-002, page 5 [AR 74] ("Amendment') was arbitrary, capricious, and not in accordance with 42 U.S.C. §§ 1396a(b) and 1396a (a)(13)(A) and 42 C.F.R. § 447.205. Accordingly, Defendants' approval of the Amendment is specifically set aside by this Court.

(b) Since the Amendment is of no legal effect, the official version of the Alaska State Plan in effect as of January 1, 2001 that must be complied with is State Plan Amendment, Attachment 4.19B, page 5, of State Plan Amendment 98-011. AR 104.

(c) In accordance with 28 U.S.C. § 2412, Plaintiff is awarded its costs associated with this action in the sum of $_____.

(d) The Clerk of the Court is directed to promptly enter this judgment.

DATED this  6th  day of November         , 2006.

                                          /s/
                                  JOHN W. SEDWICK
                                  FEDERAL DISTRICT COURT JUDGE

JUDGMENT - 2

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022