```
         UNITED STATES
         DISTRICT COURT
          District of Alaska
          Anchorage Division

        # 00129669 - PS
         January 5, 2007


   Code    Case #    Qty      Amount

   086700-F 04-152             255.00 CK
   086400-R 04-152             200.00 CK


   TOTAL→                      455.00


   FROM: STATE OF ALASKA FIELD WARRANT
         NOTICE OF APPEAL
         3:04-CV-00152 JWS
```