TALIS J. COLBERG
ATTORNEY GENERAL

Susan Daniels
Assistant Attorney General
Office of the Attorney General
1031 W 4th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5178
Fax: (907) 258-4978
Susan_daniels@law.state.ak.us

Attorney for State of Alaska

RECEIVED
JAN 0 5 2007
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CITY and BOROUGH OF JUNEAU,       )
ALASKA, d/b/a BARTLETT            )
REGIONAL HOSPITAL,                )
                                  )    File No. 3:04-cv-152 JWS
                  Plaintiff,      )
                                  )
                                  )
              vs.                 )    CERTIFICATE OF SERVICE
                                  )
CENTERS FOR MEDICARE AND          )
MEDICAID SERVICES, REGION 10;     )
UNITED STATES DEPARTMENT OF       )
HEALTH AND HUMAN SERVICES;        )
UNITED STATES OF AMERICA;         )
R.J. RUFF, in his official capacity as   )
REGIONAL ADMINISTRATOR OF         )
REGION 10 FOR THE CENTERS FOR     )
MEDICARE AND MEDICAID             )
SERVICES; and KAREN S. O'CONNOR,  )
in her official capacity as ASSOCIATE    )
REGIONAL ADMINISTRATOR,           )
DIVISION OF MEDICAID &            )
CHILDREN'S HEALTH, REGION 10      )
FOR THE CENTERS FOR MEDICARE      )
AND MEDICAID SERVICES,            )
                                  )
                  Defendants.     )
_____  )

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

**CERTIFICATE OF SERVICE**

It is hereby certified that on this 5th day of January, 2007, a true and correct copy of the foregoing documents: the State of Alaska's U.S. Court of Appeals for the Ninth circuit Civil Appeals Docketing Statement, Representation Statement, Notice of Appeal (including Judgment of 11/6/06, and Opinion and Order of 9/15/06, and the Certificate of Service was served via first-class U.S. mail on the following parties:

**Stephen D. Rose,** Attorney for Plaintiff
Kirkpatrick & Lockhart Preston Gates Ellis LLP (Seattle)
925 Forth Avenue, Suite 2900
Seattle, WA 98104

**Daniel R. Cooper, Jr.,** Attorney for U.S. Government Defendants
U.S. Attorney's Office (Anch)
222 West 7th Avenue, #9
Anchorage, AK 99513

Keri Hile, Law Office Assistant to:

Susan L. Daniels
Assistant Attorney General
Attorney for State of Alaska

1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: (907) 269-5178
Fax: (907) 258-4978

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

*Bartlett Hospital v Centers of Medicare, et.al.*    3:04-cv-152-JKS
Certificate of Service