**FILED**

MAR 3 0 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY OF BOROUGH OF JUNEAU,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>CENTER FOR MEDICARE AND MEDICAID SERVICES, REGION TEN; et al.,<br><br>Defendants - Appellants,<br><br>and<br><br>STATE OF ALASKA DEPT. OF HEALTH & SOCIAL SERVICES-DIV. OF MEDICAL ASSISTANCE,<br><br>Intervenor - Appellant. | Nos. 07-35033, 07-35035<br><br>D.C. No. CV-04-00152-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED

APR 0 2 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

On March 27, 2007, a telephone conference was held with Circuit Mediator Margaret A. Corrigan. Teal Luthy Miller, Esq. and Linda Casterson, Esq. participated on behalf of appellants; Stephen D. Rose, Esq. participated on behalf of appellee.

The court will initiate a further conference by telephone on April 24, 2007, at 10:30 a.m. **Pacific Time** ( 9:30 a.m. Alaska Time; 1:30 p.m. Eastern Time).

The briefing schedule previously set by the court is amended as follows: appellants shall file opening briefs on or before June 11, 2007; appellee shall file an answering brief on or before July 11, 2007; appellants may file optional reply briefs on or before July 25, 2007.

FOR THE COURT

Margaret A. Corrigan
Circuit Mediator