FILED
JUL 16 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY OF BOROUGH OF JUNEAU,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>CENTER FOR MEDICARE AND MEDICAID SERVICES, REGION TEN; et al.,<br><br>Defendants,<br><br>and<br><br>STATE OF ALASKA DEPT. OF HEALTH & SOCIAL SERVICES-DIV. OF MEDICAL ASSISTANCE, et al.<br><br>Defendant - Appellant. | Nos. 07-35033, 07-35035<br><br>D.C. No. CV-04-00152-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |



Appellant State of Alaska's in No. 07-35035 motion for an extension of time to file the opening brief is granted. The opening brief is due August 15, 2007; the answering brief is due September 14, 2007. The optional reply brief are due 14 days after service of the answering brief.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
    and Ninth Circuit Rule 27-10

pro 7.9