

**FILED**

SEP 1 8 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY OF BOROUGH OF JUNEAU, | Nos. 07-35033, 07-35035 |
| Plaintiff - Appellee, | D.C. No. CV-04-00152-JWS |
| | District of Alaska, |
| v. | Anchorage |
| CENTER FOR MEDICARE AND MEDICAID SERVICES, REGION TEN; et al., | ORDER |
| Defendants - Appellants, | |
| and | |
| STATE OF ALASKA DEPT. OF HEALTH & SOCIAL SERVICES-DIV. OF MEDICAL ASSISTANCE, | |
| Defendant. | |



**RECEIVED**

SEP 2 1 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Appellee's motion for an extension of time to file the answering brief is granted. The answering brief is due October 15, 2007. The optional reply brief is due 14 days after service of the answering brief.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Signature Redacted

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit Rule 27-10

pro 9.10