**FILED**

UNITED STATES COURT OF APPEALS

APR 17 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF BOROUGH OF JUNEAU,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>CENTER FOR MEDICARE AND MEDICAID SERVICES, REGION TEN; et al.,<br><br>Defendants - Appellants,<br><br>and<br><br>STATE OF ALASKA DEPT. OF HEALTH & SOCIAL SERVICES-DIV. OF MEDICAL ASSISTANCE,<br><br>Defendant - Appellant. | Nos. 07-35033, 07-35035<br><br>D.C. No. CV-04-00152-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
APR 21 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Pursuant to the parties' Stipulated Request for Dismissal of Appeal, these appeals are dismissed without prejudice to reinstatement in the event that the district court denies the parties' joint motion to vacate its opinion and order filed on November 6, 2007 in this action.

Appellants must file a motion to reinstate their respective appeals with this court within 28 days of the date of the district court's denial of the parties' joint motion to vacate its opinion and order filed on November 6, 2007 in this action.

In the absence of either appellant filing a timely motion for reinstatement of its appeal, the parties shall bear their own attorney's fees and costs incurred in that appeal.

This order served on the district court shall act as and for the mandate of this court.

                                    FOR THE COURT:

                                    By: Margaret A. Corrigan
                                    Circuit Mediator

mac/mediation