Honorable John W. Sedwick

Stephen D. Rose
Dawn R. Kreysar
Kirkpatrick & Lockhart Preston Gates Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
(206) 623-7580 (phone)
(206) 623-7022 (fax)
stephen.rose@klgates.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY AND BOROUGH OF JUNEAU, ALASKA, d/b/a BARTLETT REGIONAL HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES OF AMERICA; R. J. RUFF, in his official capacity as REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; and KAREN S. O'CONNOR, in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS OF MEDICARE AND MEDICAID SERVICES,,<br><br>Defendants. | No. 3:04-CV-152 JWS<br><br>JOINT MOTION TO VACATE OPINION AND ORDER |

COMES NOW the Defendants and Plaintiff and jointly move the Court for an Order Vacating the Opinion and Order entered against Defendants on November 6, 2006 [Docket 86]. The parties move pursuant to Civil Rule 60(b)(6).

## I. RELIEF REQUESTED

Vacation of the Opinion and Order, entered against Defendants on November 6, 2006 [Docket 86], with prejudice unless the parties to the underlying settlement agreement fail to comply with its terms.

## II. STATEMENT OF FACTS

In January 2007 Defendants appealed the Opinion and Order entered by this Court on November 6, 2006 [Docket 86], to the Ninth Circuit United States Court of Appeals. As part of the process at the Ninth Circuit, the parties entered mediation and were able to reach a negotiated settlement with respect to all of the issues raised in this Court. Through settlement all parties, including the State of Alaska, stipulated to vacate the Opinion and Order. The negotiated settlement entered into by the parties, attached as Exhibit A, is contingent upon: (a) the original parties filing this joint motion to vacate, and (b) this Court granting said joint motion. The parties filed a Stipulated Request for Dismissal of Appeal, attached as Exhibit B, and pursuant to that request, on April 23, 2008, the Ninth Circuit dismissed Defendant's appeals without prejudice. Attached as Exhibit C is the Ninth Circuit's Order dismissing Defendant's appeals without prejudice.

Based on the above facts, Defendants and Plaintiff agree that the Opinion and Order entered on November 6, 2006 [Docket 86], should be vacated with prejudice, unless the parties to the underlying settlement agreement fail to comply with its terms.

### III. STATEMENT OF ISSUES

Should an order be vacated when equity is best ensured by *vacatur*?

### IV. EVIDENCE RELIED UPON

The pleadings herein, including the attached Declaration of Thomas Dosik.

### V. AUTHORITY

Civil Rule 60(b)(6) provides than a court may relieve a party from a final judgment, order, or proceeding for any reason that justifies relief. "Motions for relief from judgment pursuant to [F.R.C.P.] 60(b) are committed to the sound discretion of the trial judge. [The appellate court] will not reverse the decision absent an abuse of discretion." *Blair v. Shanahan*, 38 F.3d 1514, 1518 (9th Cir. 1994) (internal citations omitted).

In this case, vacating the November 6, 2006, Opinion and Order is justified for at least three reasons. First, the settlement between the parties before the Ninth Circuit Court of Appeals is expressly conditioned upon the success of this joint motion to vacate. Therefore, granting the motion will allow the parties to move forward without reinstating and pursuing the circuit court appeals. Second, the settlement agreement authorizes payment of Medicaid funds from the State of Alaska to the city and Borough of Juneau, Alaska, d/b/a Bartlett Regional Hospital (the "hospital"). By granting *vacatur*, this Court allows the hospital to gain quick access to considerable funding to provide quality care to its patients. No such payment is guaranteed if the parties continue to pursue appeals.

- 3 -

Third, *vacatur* will preserve judicial economy by resolving this dispute at the district court level, without further involvement of the appellate courts.

### VI. **PROPOSED ORDER**

A proposed Order Vacating Opinion and Order is attached hereto.

### VI. **CONCLUSION**

Based on the foregoing, the parties' Joint Motion to Vacate should be granted with prejudice, unless the parties to the underlying settlement agreement fail to comply with its terms.

DATED this 20th day of May, 2008.

                                                KIRKPATRICK & LOCKHART
                                                PRESTON GATES ELLIS LLP

By _____
Stephen D. Rose, ASBA No. 8901002
Attorneys for Plaintiff
Bartlett Regional Hospital

UNITED STATES ATTORNEY'S OFFICE

By _____
Daniel R. Cooper, Jr., ASBA No. 8211109
Attorneys for Defendants
Center for Medicare & Medicaid
Services, Region Ten, et al

K:\2053742\00001\20171_CMB\20171O211B==Joint Mtn to Vacate (Fed Dist Ct).doc