Honorable John W. Sedwick

Stephen D. Rose
Dawn R. Kreysar
Kirkpatrick & Lockhart Preston Gates Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
(206) 623-7580 (phone)
(206) 623-7022 (fax)
stephen.rose@klgates.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY AND BOROUGH OF JUNEAU, ALASKA, d/b/a/ BARTLETT REGIONAL HOSPITAL,<br><br>                    Plaintiff,<br><br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES OF AMERICA, R.J. RUFF, sued in his official capacity as the REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, and KAREN S. O'CONNOR, in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>                    Defendants. | No. 3:04-cv-152 JWS<br><br>**[PROPOSED] ORDER** |

[PROPOSED] ORDER - 1

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
55 SECOND STREET
SUITE 1700
SAN FRANCISCO 94105-3493
TELEPHONE: (415) 882-8200
FACSIMILE: (415) 882-8220

This Court, Honorable John W. Sedwick, District Court Judge, has reviewed the Joint Motion to Vacate Opinion and Order, in which Plaintiff and Defendants request the Court to vacate the Opinion and Order entered by the Court on November 6, 2006 [Docket 86] with prejudice, unless the parties to the underlying settlement agreement fail to comply with its terms. The Court has also considered other pleadings and papers filed in this matter.

IT IS THEREFORE ORDERED AND ADJUDGED:

(a)   The Joint Motion to Vacate Opinion and Order is GRANTED with prejudice, unless the parties to the underlying settlement agreement fail to comply with its terms; and

(b)   The Clerk of the Court is hereby directed to promptly enter this Judgment.

DATED this _____ day of _____, 2008.

_____
JOHN W. SEDWICK
DISTRICT COURT JUDGE

Presented this 20th day of May, 2008, by:

| KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP | UNITED STATES ATTORNEY'S OFFICE |
|---|---|
| By /s/ Stephen D. Rose<br>Stephen D. Rose, ABA #8901002<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Phone: (206) 623-7580<br>Fax: (206) 623-7022<br>Email: stephen.rose@klgates.com<br>Attorneys for Plaintiff<br>Bartlett Regional Hospital | By /s/ Daniel R. Cooper, Jr.<br>Daniel R. Cooper, Jr., ASBA No. 8211109<br>222 West 7th Avenue, #9<br>Anchorage, AK 99513<br>Phone: (907) 271-5071<br>Fax: (907) 271-2344<br>Email: daniel.cooper@usdoj.gov<br>Attorneys for Defendants |

[PROPOSED] ORDER - 2

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
55 SECOND STREET
SUITE 1700
SAN FRANCISCO 94105-3493
TELEPHONE (415) 882-8200
FACSIMILE (415) 882-8220