SETTLEMENT AGREEMENT

File Reference: City and Borough of Juneau v. Center for Medicare & Medicaid Service, Region Ten, et al. v. State of Alaska Dept. of Health and Social Services – Division of Medical Assistance, Docket Nos. 07-35033, 07-35035 (9th Circuit Court of Appeals)

It is hereby stipulated by and between the undersigned Centers for Medicare & Medicaid Services ("CMS") and the City and Borough of Juneau dba Bartlett Regional Hospital ("Bartlett") and the State of Alaska Department of Health and Social Services – Division of Medical Assistance ("the State") (collectively referred to as "the parties"), by and through their attorneys, as follows:

1. The parties do hereby agree to settle and compromise, under the terms and conditions set forth in this Settlement Agreement, each and every claim of any kind, whether known or unknown, arising from the approval of Alaska's Medicaid State Plan Amendment ("SPA") 01-002, including the current appeals before the United States Court of Appeals for the Ninth Circuit, Docket Numbers 07-35033 and 07-35035 ("the subject appeals"), and all claims that were or could have been presented in the district court case, docket Number 3:04-cv-152 JWS.

2. This settlement does not include any of the issues unrelated to the CMS approval of SPA 01-002 raised by Bartlett as part of its existing administrative litigation against the State identified as *In the Matter of Bartlett Regional Hospital, Medicaid Rate Appeals for Fiscal Years 2002 and 2003*, Case No. 2002-MRC-04 (consolidated) ("the administrative rate appeals"). The settlement does include all issues related to the CMS approval of SPA 01-002 raised by Bartlett as part of the referenced existing administrative litigation. The State and Bartlett agree and recognize that the administrative rate appeals, which have been stayed pending the outcome of the subject appeals, will proceed except that Bartlett and the State further agree that all matters related to the CMS approval of SPA 01-002 will be precluded from the administrative appeal proceedings.

3. The parties agree:

    a. Within 30 days of the effective date of this Settlement Agreement, the parties will file a joint motion to dismiss the subject appeals, subject to reinstatement or refiling of the subject appeals only if the terms of this agreement are not met.

    b. Within 30 days of the date the subject appeals are dismissed, CMS and Bartlett will file a joint motion to vacate the decision of the United States District Court for the District of Alaska, Docket Number 3:04-cv-152 JWS ("the Decision"), which is currently under appeal in the subject appeals. If the District Court does not vacate the Decision, any of the parties may reinstate or refile the subject appeals.

Page 1 of 5

Exhibit __A__
page __1__ of __5__

   c. Within 30 days of the date the Decision is vacated, the State will begin processing payment to Bartlett a total payment of two hundred thousand dollars ($200,000.00) in full and final settlement of this matter. Payment will be made to Bartlett with a warrant from the State for the full amount within 45 days of the date the Decision is vacated. CMS will pay the Federal Matching Percentage ("FMP") for this amount to the State using normal Medicaid procedures for payment of the FMP. No payment will be made unless the Decision is vacated.

  4. Nothing in this agreement shall prevent the parties from asserting any claims against another party arising out of fraud, concealment, or misrepresentation of material fact on the part of the other.

  5. Nothing in this agreement constitutes an admission regarding any issue of law or fact by the parties and no party may make a statement or publication which attributes, infers, or implies fault or liability to any of the parties.

  6. It is also agreed, by and among the parties, that the respective parties will each bear their own costs, fees, and expenses and that any attorney fees owed by Bartlett will be paid out of the settlement amount and not in addition thereto.

  7. This agreement constitutes a comprehensive resolution of this matter. The agreement may not be amended except by written agreement of the parties. Each party is to bear its own costs and attorney fees incurred in connection with this matter, including the preparation and performance of this agreement.

  8. The parties to this agreement commit to work in good faith to fully implement this agreement.

  9. The individuals signing this agreement represent and warrant their authorization to execute this agreement.

  10. This agreement may be executed in counterparts, each of which constitutes an original and all of which constitute one and the same agreement.

  11. This agreement is binding on Bartlett's successors, transferees, heirs, and assigns.

  12. This agreement is effective on the date of signature of the final signature received on the agreement. Facsimiles of signatures shall constitute acceptable, binding signatures for purposes of this agreement.

For the CITY AND BOROUGH OF JUNEAU dba BARTLETT REGIONAL HOSPITAL:

Dated: 4/3/08           By: _____
                            Shawn D. Morrow, CEO
                            Bartlett Regional Hospital
                            On behalf of Bartlett

                            KIRKPATRICK & LOCKHART
                            PRESTON GATES ELLIS LLP

Dated: April 3, 2008    By: _____
                            Stephen D. Rose
                            Attorneys for Bartlett Regional Hospital

Page 3 of 5

Exhibit ___A___
page ___3___ of ___5___

For the CENTERS FOR MEDICARE AND MEDICAID SERVICES:

Dated: __April 3, 2008__   By: ___[signature]___
Dennis G. Smith, Director
Center for Medicaid and State Operations
Centers for Medicare & Medicaid Services

Exhibit __A__
page __4__ of __5__

For the STATE OF ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES:

Date: April 3, 2008    By: _____
William J. Streur, Deputy Commissioner
Medicaid and Health Care Policy

TALIS J. COLBERG
ATTORNEY GENERAL

Date: April 4, 2008    By: _____
Linda L. Kesterson
Assistant Attorney General
Attorneys for the State

Page 5 of 5

Exhibit ___A___
page __5__ of __5__