IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY AND BOROUGH OF JUNEAU,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>CENTER FOR MEDICARE AND MEDICAID SERVICES, REGION TEN, ET AL.,<br><br>Defendants-Appellants,<br><br>v.<br><br>STATE OF ALASKA DEPT. OF HEALTH AND SOCIAL SERVICES – DIVISION OF OF MEDICAL ASSISTANCE,<br><br>Intervenor-Appellant. | Nos. 07-35033, 07-35035 |

**STIPULATED REQUEST FOR DISMISSAL OF APPEAL WITHOUT PREJUDICE TO REINSTATEMENT AND IMMEDIATE ISSUANCE OF MANDATE**

1. The parties hereby stipulate and request pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure that this Court dismiss the appeal in the above-captioned case without costs and without attorneys' fees, as further described below.

2. The parties have reached a tentative settlement of all claims in this matter, with such settlement contingent upon: (a) the original parties filing a joint motion in the United States District Court for the District of Alaska for vacatur of its Opinion and Order entered on November 6, 2006; and (b) the district court granting said joint motion.

3. The parties therefore stipulate and request that this Court dismiss the appeal

Exhibit ___B___

page ___1___ of ___3___

without prejudice to reinstate the appeal if the district court denies the joint motion to vacate the November 6, 2006 Opinion and Order.

Respectfully submitted,

Counsel for Plaintiff-Appellee:

*signature*

STEPHEN D. ROSE
(206) 370-8126
*Kirkpatrick & Lockhart Preston Gates Ellis, LLP*
*925 Fourth Avenue, Suite 2900*
*Seattle, WA 98104*

Counsel for Defendants-Appellants:

*signature*

BARBARA C. BIDDLE
(202) 514-2541

*signature*

KELSI BROWN CORKRAN
(202) 514-3159
*Attorneys, Appellate Staff*
*Civil Division, Room 7216*
*Department of Justice*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

Counsel for Intervenor-Appellant:

*signature*

LINDA L. KESTERSON
(907) 269-5173
Assistant Attorney General
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, AK 99501

-2-

Exhibit __B__
page __2__ of __3__

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April 2008, a copy of the foregoing Stipulated Request was served upon Margaret Corrigan, Circuit Mediator, U.S. Court of Appeals for the Ninth Circuit, 95 Seventh Street, San Francisco, CA 94103-1526, by electronic mail via a PDF document, the original and two copies were served upon her by overnight delivery, and a copy was dispatched to the following counsel by electronic and U.S. Mail:

> Stephen D. Rose
> Kirkpatrick & Lockhart, Preston, Gates, Ellis LLP
> 925 Fourth Avenue, Suite 2900
> Seattle, WA 98104
> stephen.rose@klgates.com
>
> Kelsi Brown Corkran
> United States Department of Justice
> Civil Division, Room 7216
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530
> kelsi.corkran@usdoj.gov

_____
Linda L. Kesterson
Counsel for Intervenors-Appellants

Exhibit ___B___
page __3__ of __3__