TALIS J. COLBERG
ATTORNEY GENERAL
Thomas A. Dosik
Assistant Attorney General
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5156
Fax: (907) 258-4978
thomas.dosik@alaska.gov

Attorney for the State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY and BOROUGH OF JUNEAU, ALASKA, d/b/a BARTLETT REGIONAL HOSPITAL, ) ) ) | |
| Plaintiff, ) vs. ) ) | Case No. 3:04-cv-152 JWS |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES, REGION 10; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES OF AMERICA; R.J. RUFF, in his official capacity as REGIONAL ADMINISTRATOR OF REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; and KAREN S.O'CONNOR, in her official capacity as ASSOCIATE REGIONAL ADMINISTRATOR, DIVISION OF MEDICAID & CHILDREN'S HEALTH, REGION 10 FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, Defendants. ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | AFFIDAVIT OF COUNSEL |

## AFFIDAVIT OF THOMAS A. DOSIK

UNITED STATES DISTRICT COURT )
                                              ) ss.
DISTRICT OF ALASKA               )

       I, Thomas A. Dosik, state after being duly sworn and based upon my personal knowledge that:

       1.     I am one of the attorneys assigned to represent the State of Alaska in the above captioned matter.

       2.     The State of Alaska successfully intervened in this matter for purposes of an appeal from the United States District Court to the Ninth Circuit Court of Appeals.

       3.     The State of Alaska participated fully in the mediation process which resulted in a settlement agreement between all the parties, including the State of Alaska.

       4.     The State of Alaska fully agrees that the opinion and order issued by this Court on November 6, 2006 should be vacated, and is in full agreement with the parties' Motion to Vacate.

       I say nothing further.

                                                     _/s/ Thomas A. Dosik_
                                                     Thomas A. Dosik

SUBSCRIBED AND SWORN TO before me this 24th day of April, 2008, at Anchorage, Alaska.



_Leticia Alvarez_
Notary Public in and for the State of Alaska
My Commission Expires with Office

*Bartlett Hospital v Centers of Medicare, et.al.*     3:04-cv-152-JWS
Affidavit of Thomas A. Dosik

3