**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  CITY & BOROUGH OF JUNEAU  </u>   v.

<u>  CENTER FOR MEDICARE & MEDICAID SERVICES, REGION TEN, et al  </u>

THE HONORABLE JOHN W. SEDWICK    CASE NO.   <u>3:04-cv-00152-JWS</u>

<u>Deputy Clerk     </u>

<u>Robin M. Carter   </u>

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

---

  For good cause shown, the motion to vacate at docket [105] is **GRANTED** as follows:

(1)  The order granting summary judgment at docket [63] is **VACATED**;

(2)  The judgment at docket [86] is **VACATED**; and

(3)  The Clerk of Court shall prepare and file a new judgment reciting that this case is "DISMISSED upon the terms agreed by the parties".

ENTERED AT JUDGE'S DIRECTION

DATE: <u>  May 27, 2008  </u>                              INITIALS:<u>  rmc  </u>
                                                          Deputy Clerk

[FORMS*IA*]