```
          MINUTES OF THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF ALASKA
```

 CITY & BOROUGH OF JUNEAU      v.

 CENTER FOR MEDICARE & MEDICAID SERVICES, REGION TEN, et al

THE HONORABLE JOHN W. SEDWICK      CASE NO.  3:04-cv-00152-JWS

Deputy Clerk

Robin M. Carter

APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

 For good cause shown, the motion to vacate at docket [105] is **GRANTED** as follows:

(1)  The order granting summary judgment at docket [63] is **VACATED**;

(2)  The judgment at docket [86] is **VACATED**; and

(3)  The Clerk of Court shall prepare and file a new judgment reciting that this case is "DISMISSED upon the terms agreed by the parties".

                                    ENTERED AT JUDGE'S DIRECTION
DATE:  May 27, 2008                        INITIALS:  rmc
                                                Deputy Clerk

[FORMS*IA*]