## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

CITY & BOROUGH OF JUNEAU,
    Plaintiff,

                        Case Number 3:04-cv-00152-JWS

v.

CENTER FOR MEDICARE & MEDICAID
SERVICES, REGION TEN, et al,
    Defendant.             **JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this case is DISMISSED upon the terms agreed by the parties.

APPROVED:

/s/ JOHN W. SEDWICK
United States District Judge

Date: May 27, 2008

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

      IDA ROMACK
Ida Romack, Clerk of Court

[]{JMT2.WPT*Rev.3/03}